# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-CV-245-MOC-DCK

| | |
|---|---|
| SOMERO ENTERPRISES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TWINTEC USA, INC., and TOPP & SCREED S.A., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Samuel Alexander Long, Jr., concerning Nicholas A. Restauri, on July 24, 2023. Nicholas A. Restauri seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Nicholas A. Restauri is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 24, 2023

David C. Keesler
United States Magistrate Judge