IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-245-MOC-DCK

| | |
|---|---|
| SOMERO ENTERPRISES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TWINTEC USA, INC., and TOPP & SCREED ) <br> S.A., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Samuel Alexander Long, Jr., concerning Jason C. White, on July 24, 2023. Jason C. White seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Jason C. White is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 24, 2023

David C. Keesler
United States Magistrate Judge