IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-245-MOC-DCK

| | |
|---|---|
| SOMERO ENTERPRISES, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| TOPP & SCREED S.A. and<br>INDUSTRIAL FLOOR CONSULTING, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) filed by Samuel Alexander Long, Jr., concerning Eugene S. Hwangbo, on October 17, 2023. Eugene S. Hwangbo seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 35) is **GRANTED**. Eugene S. Hwangbo is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge