# EXHIBIT 1

## Specialty Venues

Showing **3,712** IPR PTAB trials; filed between 2021-01-01 and 2023-12-07.; sorted by most recent document activity.

**Timing**

