# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-465-MOC-DCK**

| | | |
|---|---|---|
| **INVUE SECURITY PRODUCTS INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **KUM OH ELECTRONICS CO., LTD.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

  **THIS MATTER IS BEFORE THE COURT** on "Kum Oh Electronics Co., Ltd.'s Motion To Stay Pending Inter Partes Review Of The Patent-In-Suit" (Document No. 15) filed March 3, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

  **IT IS, THEREFORE, ORDERED** that the "Kum Oh Electronics Co., Ltd.'s Motion To Stay Pending Inter Partes Review Of The Patent-In-Suit" (Document No. 15) is **DENIED**.

  **SO ORDERED**.

Signed: April 3, 2014

David C. Keesler
United States Magistrate Judge