# EXHIBIT 6

Home

About Us

Products

Blog

Back to Twintec Group

BACK TO ARTICLES

# Topp & Screed Equipment Blog

## TOPP & SCREED UNVEILS WORLD FIRST BATTERY POWERED MINI SUPERFLAT SCREED

Published on Dec 3, 2020 7:25:39 AM



Topp & Screed is renowned for its global performance in the design, manufacture and maintenance of equipment for the production of concrete industrial floor slabs. Established in 2006 the company is

Case 3:23-cv-00245-MOC-DCK   Document 42-6   Filed 12/13/23   Page 2 of 7

located in Luxembourg, has **an extensive range** of equipment and is renowned for its continuous innovation and cutting-edge technology.

The latest addition to its product range is the TS6100e, fully electric, battery powered Mini Superflat Screed. The zero emissions, compact concrete levelling machine is ideal for industrial concrete floors, freezers, garages, parking areas, mezzanines and other construction jobs where space is limited and meets consumer demands for an environmentally sensitive machine.

A member of the **Twintec Group** of companies, Topp & Screed is committed to developing sustainable solutions for current and future generations. The zero emissions TS6100e is a world first of its kind in the sector of industrial concrete floors.

**Optimum performance with additional benefits and zero emissions**

The remote controlled electric **TS6100e Mini Superflat Screed** delivers the same power and performance as thermic-powered models with no compromise on hydraulic functions and offers outstanding results in terms of levelling and flatness.



The battery is designed to be effective for a minimum of 8 working hours per day and can be fully recharged in 6-7 hours when plugged in 220V and in 2-4 hours when plugged in 380V.

Electric drives are low maintenance. This is a huge benefit, reducing maintenance costs and time, and consequently maximizing machine working time.

The **TS6100e** is equipped with an advanced operating system. It has groundbreaking and cutting-edge technology including the SFS 3.0 multilingual software linked to a tactile touch screen, loaded with multiple features that allow the operator to fine tune the machine to different applications for ultimate performance.

The TS6100e's low weight enables it to be driven on mesh and coldstore insulation materials. The machine is easily transported on a trailer, with a foldable elevation beam that narrows the machine profile during transport and allows easy access to job sites with restricted access.

As social responsibility and regulations are moving towards a reduction of noise and emissions for construction machines, make **Topp & Screed** your partner for concrete floor slab equipment as the only company worldwide offering zero-emission products for the industrial concrete flooring sector.

The TS6100e is available to order and all enquiries should be made to: **info@toppandscreed.com** or call Edin Draganovic on +32 49 964 3425.

**Posted by** Edin Draganovic

**Find me on:**

Tweet   Share   Like 0   Share

## Most Popular Posts

Topp & Screed unveils world first battery powered Mini Superflat Screed

TS6000 Superflat Screed: New features to boost productivity & increase profitability.

TS4000: The most efficient & effective fibre integration machine on the market

TS5000 Topping Spreader: World Leading Technology

## Browse Topics

equipment (3)   Concrete Innovation (1)

## Follow Twintec

## Related Posts



26 OCTOBER 21

**TS5000 Topping Spreader: World Leading Technology**

DISCOVER

# Comments

If you liked this article please share it or add a comment below

First Name

Last Name

Email

Website

Comment

[text area]

protected by reCAPTCHA
Privacy - Terms

SUBMIT COMMENT

*Required Fields

## Subscribe to the Topp & Screed Blog
For the latest news, insight and updates

[First name*]   [Last name*]

[Email*]   [Company name]

SUBSCRIBE

*Required Fields





Topp & Screed manufactures professional concrete equipment used in horizontal concrete placement. We promote technical support all around the world, customer trainings, technical

Case 3:23-cv-00245-MOC-DCK   Document 42-6   Filed 12/13/23   Page 6 of 7

expertise and continuous innovation of existing products thanks to the close collaboration with concrete companies.

TOPP AND SCREED

## Topp & Screed Products

TS 7000 Dumper

TS 6200e Electric Superflat Screed

TS 6000 Superflat Screed

TS 6100e Electric Mini Superflat Screed

TS 5000 Topping Spreader

TS 4000 Fibre Integration Machine

TS 3000 Triple Float

## Quick Enquiry

First Name**

Last Name**

Email:*

Area of assistance:*

ENQUIRE

*Required Fields



Member of Twintec Group of Companies
www.twintecgroup.com