# EXHIBIT 13



US006976805B2

(12) **United States Patent**　　(10) **Patent No.:**　　**US 6,976,805 B2**
　　Quenzi et al.　　　　　　　　　　(45) **Date of Patent:**　　　　Dec. 20, 2005

---

(54) **LIGHT WEIGHT APPARATUS FOR SCREEDING AND VIBRATING UNCURED CONCRETE SURFACES**

(75) Inventors: **Philip J. Quenzi**, Atlantic Mine, MI (US); **Russ E. Stein**, Houghton, MI (US); **Mark A. Pietila**, Atlantic Mine, MI (US); **Carl B. Kieranen**, Laurium, MI (US); **Philip D. Halonen**, Calumet, MI (US)

(73) Assignee: **Delaware Capital Formation, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/266,305**

(22) Filed: **Oct. 8, 2002**

(65) **Prior Publication Data**

US 2003/0068200 A1 Apr. 10, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/327,964, filed on Jan. 9, 2001, provisional application No. 60/341,721, filed on Dec. 18, 2001, and provisional application No. 60/354,866, filed on Feb. 5, 2002.

(51) **Int. Cl.**[7] ............................................. **E01C 19/22**
(52) **U.S. Cl.** ........................................ **404/114**; 404/118
(58) **Field of Search** ................................. 404/114, 118

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,955,101 A | 4/1934 | Sloan ............................ 94/48 |
| 2,009,542 A | 7/1935 | Day ............................... 94/45 |
| 2,180,198 A | 11/1939 | Day ............................... 94/46 |
| 2,248,247 A | 7/1941 | Nichols ......................... 94/45 |
| 2,314,985 A | 3/1943 | Jackson ......................... 94/45 |
| 2,449,851 A | 9/1948 | Jackson ......................... 94/45 |

| | | | |
|---|---|---|---|
| 2,453,510 A | 11/1948 | Jackson ......................... 94/48 |
| 2,584,459 A | 2/1952 | Jackson ......................... 94/48 |
| 2,599,330 A | 6/1952 | Jackson ......................... 94/48 |
| 2,651,980 A | 9/1953 | Wells et al. .................... 94/48 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| CA | 2051776 | 12/1995 | .......... | E01C/19/42 |
| CH | 352485 | 4/1961 | | |
| DE | 42402 | 11/1965 | | |
| DE | 2019631 | 11/1971 | | |
| DE | 3046433 | 7/1982 | ............. | E02F/3/76 |

(Continued)

OTHER PUBLICATIONS

Engineering News–Record, Plymouth Locomotive Works, p. 78, May 26, 1949.

(Continued)

*Primary Examiner*—Gary S. Hartmann
(74) *Attorney, Agent, or Firm*—Van Dyke, Gardner, Linn & Burkhart, LLP

(57) **ABSTRACT**

A lightweight screeding apparatus for screeding and smoothing an uncured concrete surface includes a concrete surface working member, such as vibrating beam or member, and a grade setting device adjustably mounted to said vibrating beam. The screeding apparatus may include a wheeled support which at least partially supports the vibrating beam and/or the grade setting device. The wheels of the wheeled support may be powered or driven to assist an operator in moving the screeding apparatus over and through the uncured concrete. The grade setting device is vertically adjustable to set or indicate the desired grade of the concrete surface as the screeding apparatus is moved over and through the uncured concrete. The grade setting device may be adjusted by means of a laser plane responsive control system.

**51 Claims, 27 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,746,367 A | | 5/1956 | Ferguson ........................ 94/49 |
| 3,067,656 A | | 12/1962 | Gustafsson .................... 94/45 |
| 3,095,789 A | | 7/1963 | Melvin et al. ................. 94/45 |
| 3,412,658 A | | 11/1968 | Griffin ........................... 94/45 |
| 3,681,484 A | | 8/1972 | McKie et al. .................. 264/34 |
| 3,850,541 A | * | 11/1974 | Baillet et al. ............... 404/114 |
| 3,871,788 A | | 3/1975 | Barsby ........................ 404/117 |
| 4,043,694 A | | 8/1977 | Mullen ...................... 404/133 |
| 4,318,631 A | * | 3/1982 | Vickers ........................ 404/93 |
| 4,343,568 A | | 8/1982 | Kaltenegger ................ 404/133 |
| 4,359,296 A | | 11/1982 | Cronkhite ................... 404/114 |
| 4,386,901 A | | 6/1983 | Morrison .................... 425/456 |
| 4,427,358 A | | 1/1984 | Stilwell ...................... 425/432 |
| 4,431,336 A | | 2/1984 | Nightengale et al. ......... 404/97 |
| 4,499,779 A | | 2/1985 | Maass .......................... 74/61 |
| 4,591,291 A | | 5/1986 | Owens ........................ 404/118 |
| 4,614,486 A | | 9/1986 | Bragagnini ................. 425/62 |
| 4,641,995 A | | 2/1987 | Owens ........................ 404/118 |
| 4,650,366 A | | 3/1987 | Morrison .................... 404/114 |
| 4,701,071 A | | 10/1987 | Morrison .................... 404/114 |
| 4,734,022 A | | 3/1988 | Shimabukuro ............... 425/62 |
| 4,752,156 A | | 6/1988 | Owens ........................ 404/118 |
| 4,798,494 A | | 1/1989 | Allen .......................... 404/114 |
| 4,838,730 A | * | 6/1989 | Owens ........................ 404/114 |
| 4,848,961 A | | 7/1989 | Rouillard .................... 404/114 |
| 4,861,188 A | | 8/1989 | Rouillard .................... 404/75 |
| 5,062,738 A | * | 11/1991 | Owens ........................ 404/114 |
| 5,129,803 A | | 7/1992 | Nomura et al. .............. 425/62 |
| 5,190,401 A | * | 3/1993 | Wilson ....................... 404/118 |
| 5,234,283 A | | 8/1993 | Adkins ......................... 404/97 |
| 5,244,305 A | | 9/1993 | Lindley ........................ 404/97 |
| 5,279,501 A | * | 1/1994 | Shelley ...................... 404/118 |
| 5,288,166 A | * | 2/1994 | Allen et al. ............... 404/84.1 |
| 5,352,063 A | * | 10/1994 | Allen et al. ............... 404/84.1 |
| 5,375,942 A | | 12/1994 | Lindley et al. ............... 404/97 |
| 5,540,519 A | | 7/1996 | Weber ........................ 404/102 |
| 5,567,075 A | * | 10/1996 | Allen ........................ 404/84.5 |
| 5,778,482 A | * | 7/1998 | Sbrigato .................... 15/245.1 |
| 5,803,656 A | * | 9/1998 | Turck ........................ 404/103 |
| 5,807,022 A | * | 9/1998 | McCleary .................... 404/97 |
| 5,857,803 A | | 1/1999 | Davis et al. ................ 404/102 |
| 5,984,571 A | | 11/1999 | Owens ......................... 404/97 |
| 6,089,787 A | * | 7/2000 | Allen et al. ................. 404/118 |
| 6,139,217 A | | 10/2000 | Reuter ......................... 404/97 |
| 6,200,065 B1 | | 3/2001 | Eitzen ....................... 404/114 |
| 6,223,495 B1 | | 5/2001 | Shaw et al. ................ 52/749.1 |
| 6,293,780 B1 | | 9/2001 | Rijkers ..................... 425/456 |
| 6,296,467 B1 | | 10/2001 | Rouillard ................... 425/182 |
| 6,322,286 B1 | | 11/2001 | Rijkers ...................... 404/114 |
| 6,336,769 B1 | | 1/2002 | Cincis et al. .............. 404/118 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 4138011 | 5/1993 | .......... E01C/19/15 |
| FR | 636563 | 4/1928 | |
| FR | 1227346 | 3/1960 | |
| FR | 1417130 | 10/1965 | |
| FR | 1479494 | 3/1967 | |
| FR | 2644806 | 3/1989 | .......... E01C/19/12 |
| GB | 308423 | 3/1929 | ................. 4500/28 |
| GB | 819621 | 9/1959 | |
| IT | 358073 | 12/1938 | |
| JP | 6306813 | 1/1994 | .......... E01C/19/48 |
| NO | 78783 | 7/1951 | |
| RU | 436125 | 11/1974 | .......... E01C/19/42 |
| SE | 173454 | 11/1960 | |
| SE | 176924 | 10/1961 | |

### OTHER PUBLICATIONS

Construction Methods, p. 21, Oct., 1964.
Whiteman Manufacturing Co., Portable Screeding Machine Brochure, Jun. 18, 1958.

* cited by examiner



**Fig. 1**

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 4 of 49



Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 5 of 49



Fig. 5



Fig. 6

Case 3:23-cv-00245-MOC-DCK    Document 42-13    Filed 12/13/23    Page 7 of 49



Fig. 7

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 8 of 49



Fig. 8



Fig. 9

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 10 of 49



Fig. 10



Fig. 11



Fig. 12

Fig. 13

Fig. 14

Fig. 15

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 13 of 49



Fig. 16



Fig. 17



Fig. 17A

Case 3:23-cv-00245-MOC-DCK    Document 42-13    Filed 12/13/23    Page 16 of 49



Fig. 17B



Fig. 19

Fig. 20

Fig. 18

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 18 of 49



Fig. 21



Fig. 22

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 20 of 49



Fig. 23



Fig. 23A



Fig. 24



Fig. 25



Fig. 26



Fig. 27



Fig. 28



Fig. 29A

Fig. 29B

Fig. 29C

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 28 of 49



Fig. 30A

Fig. 30B

Fig. 30C



Fig. 31A

Fig. 31B

Fig. 31C

Case 3:23-cv-00245-MOC-DCK   Document 42-13   Filed 12/13/23   Page 30 of 49

1

## LIGHT WEIGHT APPARATUS FOR SCREEDING AND VIBRATING UNCURED CONCRETE SURFACES

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority on U.S. provisional application, Ser. No. 60/327,964, filed Oct. 9, 2001; U.S. provisional application, Ser. No. 60/341,721, filed Dec. 18, 2001; and U.S. provisional application, Ser. No. 60/354, 866, filed Feb. 5, 2002, which are all hereby incorporated herein by reference in their entireties.

### FIELD OF THE INVENTION

The present invention relates generally to screeding devices for uncured concrete floors and surfaces and, more particularly, to a lightweight screeding device which may be moved and guided as a walk behind apparatus over an uncured concrete surface by hand. The lightweight screeding device of the present invention is particularly suited for use at both over ground sites as well as on elevated deck surfaces, and may be implemented at other uncured concrete surfaces, such as interior floors, exterior slabs, roadways, ramps, parking areas or the like.

### BACKGROUND OF THE INVENTION

When forming a concrete slab or floor, the uncured concrete is placed and screeded, leveled and/or smoothed to obtain a generally flat slab of generally uniform thickness. One known method to obtain a uniform thickness of concrete of a floor or deck surface is to use small pre-fabricated metal structures or stands that have support legs, which may rest directly on the corrugated sheet metal decking or plywood form work. A small plate may be held in position at the height equal to the desired concrete thickness above the metal deck or form work. The manual screeding process then relies on these stands as a height gauge. Some devices may even ride along the top surface of elongated stands or rails supported by the stands similar to known methods used for slabs-on-grade and elevated deck work prior to implementation of mechanized laser screeding. The stands or rails may be removed just after the screeding process completed and before the concrete begins to cure. Any remaining holes and imperfections are then filled and refinished before the concrete begins to fully harden.

Another known method for obtaining a uniform thickness of concrete on a floor or deck is to provide an ongoing series of small pre-screeded areas ahead of the actual screeding process. These small pre-screeded areas may be generally referred to or known as "wet pads". A hand trowel may be used to strike off a roughly twelve inch (30 cm) diameter area of the pre-placed concrete at a desired height or elevation. The height or elevation of each "wet pad" may be determined by using a pre-established laser reference plane provided by a laser transmitter set-up at the site, and a hand-held laser receiver mounted to a pre-set position on a grade-stick. A series of small "wet pads" or "surface pads" are thus created at the desired thickness or elevation of concrete which serve as temporary height gages. A manual hand-screeding method will use a series of these pads as a reference.

As a typical example of the procedure, first, two wet pads are made about ten feet apart. Then, a wooden 2×4 or similar straight edge is used to strike off approximately a 12 inch (30 cm) wide by 10 foot (3 m) long surface between the two

2

twelve inch (30 cm) diameter pads. Two of these 12 inch (30 cm) wide by 10 foot (3 m) elongated "surface-pads" are then struck off parallel to each other at a distance roughly equal to the width of the screed being used. The concrete is then struck off between these two parallel surfaces using the elongated "surface-pads" as a height reference or guides for the screed. Any excess concrete material may then be manually raked and shoveled aside by workers. Alternately, additional concrete material may be brought in and added as needed to fill any low areas. This is accomplished by at least one and often two or more workers. Any obvious low or high areas are thus detected through ongoing visual inspection by the workers and corrections to the concrete elevation or thickness are made in anticipation of the action of the screeding device. This process is subject to a number of variables which affect the quality of the surface of the concrete, including human effort and error.

Hand screeding devices are known where a vibratory device is moved over a concrete surface by hand. Examples of such devices are disclosed in U.S. Pat. No. 3,067,656 issued to Gustafsson; U.S. Pat. No. 5,244,305 issued to Lindley; and U.S. Pat. No. 5,857,803 issued to Davis et al. However, such known screeding devices typically require any grade elevation or thickness adjustments of the concrete surface to be performed by manually raking or pre-grading the uncured concrete surface to a desired grade prior to screeding the surface with the vibratory screeding device. The manual human effort and visual inspection process typically results in a concrete surface that is subject to undesired height or elevation variation. This directly affects the quality of the finished concrete surface and is measurable in terms of scientifically accepted standards known in the industry as "Floor Levelness" (F-l) and "Floor Flatness" (F-f).

Therefore, there is a need in the art for an improved screeding method and apparatus or device, which is relatively small and maneuverable, for providing a concrete slab or deck of generally uniform thickness or elevation without requiring the additional manual labor processes associated with metal stands, wet pads, pre-grading, or the like.

### SUMMARY OF THE INVENTION

The present invention provides an apparatus for screeding and vibrating uncured concrete, sand, dirt, gravel and/or other materials in areas which may be inaccessible to larger machines and equipment, such as due to the space limitations of small buildings, or the weight restrictions maintained during the construction of elevated decks and surfaces. The present invention provides a concrete strike-off and screeding device or screed head which is moved around through human effort and/or through the force of a driven wheel or wheels. The screed head includes a concrete surface working member or device, such as a vibrating member or beam, and a grade setting device or member. The vibrating member is an generally elongated horizontal member having a surface area in contact with the surface of the uncured concrete. The grade setting device or member is a generally elongated horizontal member located in close proximity, just ahead of, and in parallel with the vibrating member. The grade setting device may be constitute a variety of forms, such as a strike-off plow, an auger, a flexible belt or chain with attached paddles, a spinning tube, or other such devices or forms for the purpose of engaging and imparting the movement of uncured concrete. The grade height or elevation of the grade setting device is adjustable via mechanical adjusting devices or electromechanical actuators which are preferably operable to automatically

adjust an elevation of the grade setting device to a predetermined desired elevation according to an electronically-sensed laser plane reference. A pair of laser receivers are mounted to the grade setting device and are operable to sense or detect the elevation position of the grade setting device relative to the laser plane.

The vibrating member generally floats upon or is supported directly on the uncured concrete surface created by the grade setting device ahead of it. With the grade setting device and laser receivers fixed together and adjustably attached to the vibrating member, the laser receivers and automatic control system automatically react to adjust the elevation of the grade setting device with respect to the newly and continuously created surface and with respect to the laser plane reference. This ongoing reference is used to correct the elevation of the grade setting device as the machine advances over and through the uncured concrete.

For example, when the screeding apparatus is operating and producing a concrete surface to a desired "on grade" result, the relative height of the grade setting device as compared to the vibrating member remains effectively unchanged by the control system. Alternately, if the concrete surface produced by the machine, and upon which the screed head and laser receivers is riding, is too high, the laser receivers will indicate a "high" signal to the control system. This "high" signal is then used by the control system to send a signal to the respective elevation actuator and accordingly lower the grade setting device, quickly working to produce a concrete surface at the correct elevation. Conversely, if the concrete surface produced by the machine, and upon which the screed head and laser receivers is riding, is too low, the laser receivers will indicate a "low" signal to the control system. This low signal is then used by the control system to send a signal to the respective elevation actuator and accordingly raise the grade setting device, quickly producing a concrete surface at the correct elevation. In either corrective operating mode, and within the operating range of the laser receivers, the corrective action will be a continuous process until the correct elevation is reached by the laser receivers and screed head.

The present invention thus provides a self-correcting process along with the ability of the apparatus to be at least partially supported upon the desired correct elevation surface it creates, as the device itself advances.

According to an aspect of the present invention, a screeding device which is movable over a surface of uncured concrete and is operable to level and smooth the uncured concrete surface includes a concrete surface working member and a grade setting device. The grade setting device is adjustably mounted to the concrete surface working member and is generally vertically adjustable with respect thereto. The concrete surface working member is at least partially supported on the uncured concrete surface, while the grade setting device is adjustable relative to the concrete surface working member to at least one of establish and indicate a desired grade for the uncured concrete surface. The grade setting device thus causes the concrete surface working member to flatten, smooth, and/or consolidate the uncured concrete surface at the desired grade. The height or grade of the grade setting device is preferably adjustable in response to a laser leveling or laser reference system.

Preferably, the concrete surface working member comprises a vibrating member or beam which is vibratable to flatten, smooth and consolidate the uncured concrete while being partially supported thereon. However, the concrete surface working member may comprise a roller, a flat or

contoured plate or pan, a roller track or the like which is operable to engage and work the uncured concrete surface as the screeding device is moved over, along and/or through the uncured concrete.

In one form, the grade setting device of the screeding device includes a strike-off member or plow which functions to strike off the uncured concrete to establish the desired elevation or grade as the screeding device is moved over the uncured concrete surface. In another form, the grade setting device includes an elongated member or tube, which further includes a plurality of fingers or extensions extending downwardly therefrom for indicating the desired grade height above the sub-grade, thereby allowing for a reduced need for creating "wet pads". Either the lack of contact or marks left in the concrete by the fingers or extensions would show where additional manual filling, or pre-leveling of the concrete surface by workers using concrete rakes or shovels may be desired or necessary.

Optionally, the screeding device may include a means for moving excess concrete from in front of the grade setting device to either or both sides, or just ahead of the screeding device as the screeding device is moved through the uncured concrete. The means for moving excess concrete is preferably positioned along the forward face of the grade setting device to engage any excess concrete in front of the plow and to help fill in any low areas as well. The means for moving excess concrete may comprise an auger, a flexible belt or chain with paddles or the like, a rotating or spinning tube, a secondary plow or strike-off member, or any other means for moving excess concrete to one, both sides, or just ahead of the screeding device, while the device is moved along and through the uncured concrete. Optionally, the grade setting device may comprise a means for moving excess concrete and may function to cut and establish the grade height of the concrete surface in front of the vibrating member.

The screeding device is powered via a power source, which may include an internal combustion engine or an electric motor or any other powered means. The power source is operable to provide power to the vibrating member and the adjusting devices or actuators.

Optionally, the screeding device includes a wheeled support frame for partially supporting at least some of the components of the screeding device. The wheels of the support frame may be powered or rotatably driven to assist an operator in moving the screeding device over the uncured concrete surface. The vibrating member and grade setting device together generally comprise a screeding head. The screed head may be adjustably mounted to the wheeled support frame and may be adjustable to change and adjust an operating range height or grade of the screed head relative to the wheeled support frame. The screed head may also be adjustably mounted to the wheeled support frame to change or adjust a pitch or "angle of attack" of the screed head relative to the wheeled support frame and the uncured concrete surface. In addition to operating range height and pitch adjustments, a means to temporarily raise and then lower the screed head relative to the support frame in order to clear any low obstacles while moving the apparatus to and from or around the work site may also be provided. Any temporary raising and lowering of the screed head is not intended to affect any established operating range height and pitch adjustments.

According to another aspect of the present invention, a method of flattening or leveling, smoothing and/or screeding, and/or consolidating an uncured concrete surface

5

includes providing a screeding device which includes a concrete surface working member and a grade setting device, which is adjustable relative to the concrete surface working member. The screeding device is moved over the uncured concrete surface while the concrete surface working member is at least partially supported on the uncured concrete surface. The grade setting device is adjusted relative to the concrete surface working member to at least one of establish and indicate a desired height or grade for the uncured concrete surface.

Preferably, the concrete surface working member comprises a vibrating member or beam which is vibratable to flatten, smooth and consolidate the uncured concrete while being partially supported thereon. The method then includes vibrating the vibrating device while the vibrating device is at least partially supported on the concrete surface.

The grade setting device may include a visual indication of the desired grade height or may include a strike-off plow, auger or the like for plowing or cutting the uncured concrete to establish the desired grade height as the screeding device is moved over or through the uncured concrete surface.

In one form, the screeding device is moved over the uncured concrete surface by manually pulling the screeding device while the screed head, including the vibrating member and grade setting device, and a portion of the screeding apparatus itself, is supported by the uncured concrete surface. In another form, the screeding device includes a wheeled support frame for partially supporting at least some of the weight of the components of the screeding apparatus. Optionally, the wheels of the support frame may be powered or driven to assist an operator in moving the screeding device over or through the uncured concrete surface.

The grade setting device may also include a concrete moving device for engaging and moving any excess concrete and to help fill in any low areas as well. The means for moving excess concrete may comprise an auger, a flexible belt or chain with paddles or the like, a rotating or spinning tube, a secondary plow or strike-off member, or any other means for moving excess concrete to one, both sides, or just ahead of the screeding device, while the device is moved along and through the uncured concrete.

According to another aspect of the present invention, a wheeled screeding device which is movable over or through a surface of uncured concrete and is operable to level, smooth, and consolidate the uncured concrete surface includes a wheeled support, a screed head and an adjustment device. The wheeled support includes a frame portion supported by at least one wheel. The at least one wheel defines an axis of rotation of the wheel and a general axis of rotation for the apparatus itself. The screed head is mounted to the frame portion and is at least partially supportable on an uncured concrete surface. The screed head is adapted to impart a force onto the uncured concrete surface. The adjustment device is operable to adjust a desired degree of weight distribution and balance of the apparatus. Therefore, the balance of the apparatus about the axis of rotation at the wheeled support is used to adjust the force imparted by the screed head onto the uncured concrete surface.

In one form, the adjustment device includes the addition or removal of at least one weight at one or both ends of the wheeled support or anywhere along the longitudinal axis of the apparatus for adjustment purposes. In another form, the adjustment device is operable to mechanically adjust a position of the axis of rotation relative to the frame portion and the center of gravity of the apparatus.

The screed head may include a vibratable beam or member, a grade indicating device, a grade setting device,

6

such as a strike-off plow or the like, and a means for moving excess concrete which is operable to move excess concrete to one side, both sides or just ahead of the vibratable member and to help fill in any low areas as well. The means for moving excess concrete may comprise an auger, a flexible belt or chain with paddles or the like, a rotating or spinning tube, a secondary plow or strike-off member, or any other means for moving excess concrete to one, both sides, or just ahead of the screeding device, while the device is moved along and through the uncured concrete.

According to yet another aspect of the present invention, a wheeled screeding device which is movable over a surface of uncured concrete and which is operable to level, smooth, and consolidate the uncured concrete surface includes a wheeled support and a screed head. The wheeled support includes a frame portion movably supported on at least one wheel. The at least one wheel defines an axis of rotation of the wheel and an axis of rotation for the apparatus itself. The screed head is mounted to the frame portion and is at least partially supportable on an uncured concrete surface. The screed head is also pivotable about a second axis generally horizontal and normal to the first axis of rotation and relative to the at least one wheel to adjust an angle of the screed head relative to the axis of rotation. The second axis of rotation provides the screed head with the capability of a clockwise and/or counterclockwise or roll freedom of movement relative to the surface of the uncured concrete and is generally parallel to the direction of travel of the apparatus.

In one form, the screed head is pivotable relative to the frame portion. In another form, the screed head is pivotable with the frame portion, which is pivotable relative to the axis of wheel rotation.

According to another aspect of the present invention, a method of smoothing, screeding, and consolidating an uncured concrete surface includes providing a wheeled screeding apparatus which includes at least one wheel and a screeding device mounted at the at least one wheel. The at least one wheel is movable through an uncured concrete surface. The screeding apparatus is adjustably and proportionately balanced about the at least one wheel such that the screeding device is at least partially supported on the uncured concrete surface and at least one wheel. The method includes moving the wheeled screeding apparatus over and/or through the uncured concrete, and screeding the uncured concrete surface with the screeding device while the screeding device is at least partially supported on the uncured concrete surface.

Optionally, the method may include adjusting the wheeled screeding apparatus to adjust a degree or proportion in which the screeding device is supported on the uncured concrete surface.

Therefore, the present invention provides a lightweight, easily maneuverable screeding device which is at least partially supported on the uncured concrete as it is moved over or through the uncured concrete surface by an operator. The relative small size and portability of this device makes it uniquely useful for many concrete construction site applications. The screeding device includes a plow or other grade setting element or device which is vertically adjustable relative to a concrete surface working member or vibrating member of the screeding device to adjust the grade setting device to the desired grade height as the screeding device is moved over and supported on the uncured concrete surface. The screeding device includes an automatic control system which is responsive to a laser plane or laser-guided reference for vertically adjusting the grade setting device to the

7

desired grade height. The screeding device may include a wheeled support which may be powered to drive one or more wheels to move the screeding device over and through the uncured concrete. In addition to reducing labor and effort, the present invention also provides for improved accuracy of the screeded concrete surface through the use of an automated control system and on-site laser reference for controlling the elevation adjustment of a grade-setting device. This occurs in conjunction with and just prior to the action of the vibratory screeding element supported by the uncured concrete.

These and other objects, advantages, purposes and features of this invention will become apparent upon review of the following specification in conjunction with the drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an upper perspective view of a screeding device in accordance with the present invention;

FIG. **2** is a rear end elevation of the screeding device of FIG. **1**;

FIG. **3** is a top plan view of the screeding device of FIGS. **1** and **2**;

FIG. **4** is a side elevation of the screeding device of FIGS. **1–3**, as it is moved by an operator;

FIG. **5** is an enlarged perspective view similar to FIG. **1**;

FIG. **6** is an enlarged perspective view of the area VI in FIG. **5**;

FIG. **7** is an enlarged perspective view of the area VII in FIG. **5**;

FIG. **8** is an enlarged side elevation similar to FIG. **4**;

FIG. **9** is an enlarged perspective view of a vibrating device with eccentric weight members useful with the screeding device of FIGS. **1–8**;

FIG. **10** is an upper perspective view of another screeding device in accordance with the present invention;

FIG. **11** is a lower perspective view of the screeding device of FIG. **10**;

FIG. **12** is an upper perspective view of another screeding device in accordance with the present invention, with a wheeled frame structure;

FIG. **13** is a side elevation of the screeding device of FIG. **12** in use by an operator;

FIG. **14** is a top plan view of the screeding device of FIGS. **12** and **13**;

FIG. **15** is a front end elevation of the screeding device of FIGS. **12–14**;

FIG. **16** is an upper, rear perspective view of another screeding device in accordance with the present invention, with a wheeled frame structure;

FIG. **17** is an upper, front perspective view of the screeding device of FIG. **16**;

FIG. **17A** is an upper, front perspective view similar to FIG. **17**, with the power source omitted to reveal additional details of the wheeled support;

FIG. **17B** is an enlarged perspective view similar to FIG. **17A**, with the screeding head omitted for clarity;

FIG. **18** is a side elevation of the screeding device of FIGS. **16** and **17** in use by an operator;

FIG. **19** is a top plan view of the screeding device of FIGS. **16–18**;

FIG. **20** is a front end elevation of the screeding device of FIGS. **16–19**;

FIG. **21** is an enlarged perspective view of a vibrating device with eccentric weight members useful with the screeding device of FIGS. **16–20**;

8

FIG. **22** is another enlarged perspective view of the vibrating device of FIG. **21**, with a housing around the eccentric weight members;

FIG. **23** is an upper, front perspective view of another screeding device in accordance with the present invention, with an auger mounted forward of the plow and vibrating member;

FIG. **23A** is an upper, front perspective view of the screeding device of FIG. **23**, shown with a 3-D profiler contouring system including a sonar height sensor and a laser reflective tracking target, and wheel track filler members just rearward of the wheels;

FIG. **24** is an upper, front perspective view of yet another screeding device in accordance with the present invention, with a belt and paddle device adjustably mounted along a forward edge of the vibrating member;

FIG. **25** is an upper, front perspective view of another screeding device in accordance with the present invention, with a spinning tube device adjustably mounted forward of the vibrating member;

FIG. **26** is an upper, front perspective view of another screeding device in accordance with the present invention, with a single wheeled support;

FIG. **27** is an upper, front perspective view of yet another screeding device in accordance with the present invention, with a housing around the components carried on the wheeled support;

FIG. **28** is an hydraulic schematic diagram exemplary of an hydraulic control system useful with a screeding device of the present invention;

FIG. **29A** is a perspective view of another concrete working device in accordance with the present invention;

FIG. **29B** is a side elevation of the concrete working device of FIG. **29A**;

FIG. **29C** is a top plan view of the concrete working device of FIGS. **29A** and **29B**;

FIGS. **30A–C** are views and elevations similar to FIGS. **29A–C** of another concrete working device in accordance with the present invention; and

FIGS. **31A–C** are views and elevations similar to FIGS. **29A–C** of another concrete working device in accordance with the present invention.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now specifically to the drawings and the illustrative embodiments depicted therein, a screeding device **10** includes a screeding head **11**, which includes a grade setting or indicating device, such as a strike-off plow **12**, and a vibratory beam or member **20** (FIGS. **1–8**). Plow **12** is attached to a framework **14** by two small sets of linkages **16** and is vertically adjustable relative to the framework **14** by a pair of elevation actuators **18** (FIGS. **1–8**). Vibratory beam or member **20** is mounted to the framework **14**. Screeding device **10** is at least partially supported on an uncured concrete surface and moved along and over the concrete surface to screed and smooth the surface via vibration of the vibrator beam **20** as the vibrator beam **20** floats on or is at least partially supported on the uncured surface. The plow **12** is adjustable with respect to the vibrator beam **20** to adjust a level or grade of the uncured concrete to a desired grade as screeding device **10** is moved along and over the uncured concrete.

Plow **12** includes a plow blade or edge **12a** and a generally rigid structural member or metal extrusion **12b**

extending laterally along the blade 12*a* (FIGS. 7 and 8). The structural member 12*b* provides a mounting surface for mounting plow 12 to the linkages or actuators, as discussed below, and provides structural rigidity to plow 12 to limit or substantially preclude deflection of plow 12 as plow 12 engages the uncured concrete. The blade 12*a* and casing 12*b* of plow 12 and/or other components or elements of the plow may be welded or riveted together or may be otherwise secured together via any other means, such as a double sided adhesive tape, such as VHB adhesive tape available from 3M Scotch Brand of the 3M Company of St. Paul, Minn., USA, or the like, without affecting the scope of the present invention.

Vibrator beam or member 20 is a generally flat member extending laterally outwardly in opposite directions from a pair of frame members 14*d* of framework 14. Vibrator beam 20 may be any vibratable member and preferably has a generally planar, flat and smooth lower surface for engaging and working the uncured concrete surface. In the illustrated embodiment, vibrating beam 20 extends along a longitudinal axis 20*a* and includes a lower, generally flat planar portion 20*c* and a pair of generally vertical walls 20*d* extending therealong to strengthen the planar portion and limit or substantially preclude deflection of the beam (FIG. 1). Similar to plow 12, discussed above, the components of vibrator beam 20 may be welded or riveted together or may be otherwise secured together via any other means, such as a double sided adhesive tape, such as "Scotch VHB" (Very High Bond) tape available from the 3M Company of St. Paul, Minn., USA or the like, without affecting the scope of the present invention. The length and width of vibrator beam 20 may be selected to provide a large enough footprint of the lower surface of the beam such that vibrator beam 20, along with the screeding device 10, floats on or is at least partially supported on the uncured concrete surface. Although shown and described as having a vibrating beam, the screeding device and/or screed head may alternately include any other type of concrete surface working device or member, such as a roller, a flat or contoured plate or the like, which engages and works the uncured concrete surface to flatten and/or smooth the concrete surface as the screeding device is moved over and along the uncured concrete.

The levelness or curvature of the plow and/or the contacting or engaging surface at a generally straight or level orientation, in order to further limit or substantially preclude deflection of the beam. This may be accomplished by adjustable tensioning cables and/or rods extending along the plow and/or beam, such as by using the principles disclosed in U.S. Pat. No. 5,234,281 for DEFLECTION INDICAT-ING ADJUSTABLE HIGHWAY STRAIGHT-EDGE, which is hereby incorporated herein by reference.

Plow 12 is adjustable relative to vibrator beam 20 via pivotal movement of linkages 16 and in response to actuators 18. Linkages 16 and actuators 18 are mounted to a pair of side frame members 14*d*, as best seen in FIGS. 5, 7 and 8. The actuators 18 control the vertical elevation of the plow 12 in relationship to the framework 14 and vibrator beam 20 via pivoting of the linkages 16 relative to plow 12 and framework 14. Because the actuators are generally fixedly mounted to the frame members 14*d* and, thus, to the vibrator beam 20, actuation of the actuators functions to lower or raise the plow relative to the vibrator beam. The actuators 18 are powered by a power supply, such as a 12-volt DC electrical power source, such as an alternator 36 including an AC to DC power converter and a voltage regulator (not shown). Optionally, the actuators may be any other means

for raising or lowering the plow relative to the vibrator beam, such as hydraulic cylinders or the like, without affecting the scope of the present invention. The position or amount of extension of each actuator 18 may be independently adjusted, such as through a range of approximately 4 inches (100 mm), and may be controlled by output signals from an onboard electronic control box 21 (FIGS. 1, 3, 4 and 8).

The parallel linkages 16 function to maintain horizontal attachment of the plow 12 to the framework 14 as the plow is raised or lowered by the actuators 18. As best seen in FIGS. 7 and 8, each set of linkages 16 includes a pair of generally parallel links 16*a*, 16*b*, which are pivotally mounted to side frame member 14*d* at one end and to a generally vertical link 16*c* at the other end. Vertical link 16*c* is secured to a rear portion of the plow 12. Actuators 18 are connected to generally vertical link 16*c* and function to raise and lower vertical link 16*c* and plow 12 in a generally vertical, linear, reciprocal direction by pulling or pushing link 16*c* toward or away from the actuator, while links 16*a*, 16*b* function to maintain the plow in its generally vertical orientation during such reciprocal movement via pivotal movement of links 16*a*, 16*b* relative to frame member 14*d* and center link 16*c*. The linkages 16 thus limit or substantially preclude pivotal movement of the plow as it is vertically adjusted by actuators 18, such that plow 12 remains generally parallel to vibrator beam 20 regardless of the vertical position of plow 12 relative to vibrator beam 20.

The side frame members 14*d* of framework 14 are connected together by a pair of generally parallel rods or members 15 extending generally along the plow 12 and vibrator beam 20. The rods 15 are further secured to a central frame portion 14*b* of framework 14, which extends upwardly from the plow 12 and vibrator beam 20 for mounting a vibrator drive motor or power source 30 and for providing an operator control handle 14*a* and a lifting handle 14*c* for screeding device 10.

Vibration of vibrator beam 20 is accomplished by a powered vibrator device 31, which is powered by power source 30 (FIGS. 1, 6, 8 and 9), such as a gasoline powered drive motor or engine, or a battery powered drive motor, or the like. As shown in FIG. 9, vibrator device 31 includes a pair of eccentric weight shafts or members 32*a*, 32*b*, which are rotatably driven via a flexible drive shaft 34 from power source 30. Flexible drive shaft 34 is operatively connected to one of the eccentric weight members (such as member 32*a*) with spur gears or the like (not shown) to rotatably drive eccentric weight member 32*a*.

As shown in FIG. 9, eccentric weight members 32*a* and 32*b* include an eccentrically weighted portion 32*c*, which is offset from the central axis of rotation, and a circular portion 32*d* with gear teeth 32*e*, which is concentrically mounted on the central axis of rotation. Eccentric members 32*a*, 32*b* are engaged together via gear teeth 32*e*, such that rotation of one eccentric weight member 32*a* about its central axis of rotation rotatably drives the other eccentric weight member 32*b* in the opposite direction about its respective central axis of rotation. The rotation of the eccentric weight members 32*a*, 32*b* causes the vibration in the beam 20 to be directed to act in a primary axis matching the elongated axis 20*a* (FIG. 1) of the vibrator beam 20, while also serving to reduce or cancel vibration in the horizontal axis perpendicular to the vibrator beam 20. The eccentric weight members thus allow the vibration to be tailored in a desired plane, while substantially precluding vibration in an undesired plane.

Each of the eccentric weight members 32*a*, 32*b* is mounted between a pair of bearing members 38*a*, 38*b*,

11                                                    12

which are mounted (such as bolted or welded or the like) to a respective one of upper and lower mounting plates **40***a*, **40***b* (FIG. **9**). As shown in FIGS. **5** and **6**, the lower mounting plate **40***b* is then mounted between a forward plate **42***a* and a rearward plate **42***b* of the vibrator beam **20** via a pair of fasteners or bolts **44** extending through a pair of generally cylindrical mounting members **40***c* of lower mounting plate **40***b*. The lower mounting plate **40***b*, and thus the vibrator beam **20**, is also mounted to lower brackets or plates **46**, one on each of the central frame portions **14***b*, via one or more rubber sandwich mounts **28** (such as four in the illustrated embodiment), which also help serve to dampen the transmission of beam vibration to the support frame **14** and operator handle **14***a* of screeding device **10**.

In the illustrated embodiment, vibrator power source **30** is an internal combustion engine. Optionally, however, the power source **30** may include an electric drive motor, such as a battery powered motor or the like. For example, the operator using the screeding device may carry a battery pack for powering the vibrator device. The battery pack may include a motorcycle battery or the like or a Nickel Metal Hydride pack or the like, or any other power source which provides sufficient power for driving the vibrator device **31**. Such a battery pack may provide a sufficient power source for the vibrator device, while reducing the weight of the screeding device and also providing a quieter vibrator device. Alternately, the screeding device of the present invention may also be electrically powered through use of a power supply cable connected to a remote electric power supply. It is further envisioned that compressed air may be utilized to power the vibrating means of the vibrator device **31** and the elevation actuators through electrically controlled solenoid air valves. Therefore, the present invention may be operable via any power means, such as via an internal combustion engine, electrically via a power cord or battery, and/or pneumatically via a compressed air source and hose, or any other means for providing power to the components of the screeding device, without affecting the scope of the present invention.

The elevation of the plow **12** is adjustable relative to the beam **20**, preferably in response to a laser plane system. Optionally, and preferably, the control box **21** for controlling the actuators **18** receives input signals from each of a pair of laser receivers **22** (FIGS. **1**–**4**), which each sense the elevation of a fixed laser plane reference **24** (FIG. **1**) that has been established over the job site by a separate rotating, laser plane generator or projector (not shown), as is commonly known in the industry. Each laser receiver **22** is mounted to the grade setting device or strike-off plow **12**. Laser receivers **22** may be any suitable type of laser receiver, such as a Spectra Precision "R2N", "GCR", or Combi CR600 laser receiver available from Trimble Engineering and Construction Division of Dayton, Ohio, USA, or the like. The laser receivers may be adjustably mounted to masts **26** or the masts may be telescoping masts to facilitate vertical adjustment of the laser receivers relative to the grade setting device or plow. The masts **26** and laser receivers **22** of the laser plane system may be positioned toward laterally outward ends of the plow (as shown in FIGS. **1**–**3**) or, alternately, toward a center region or centerline, where they are generally aligned and in-line with the actuators **18** (as shown in FIGS. **10** and **11** and as discussed below) in order to accommodate the relative response of the laser-controlled elevation actuators and control system. Optionally, the closed-loop system's response may be changed electronically, such as by adding an adjustable potentiometer or variable capacitor to the control circuits, without affecting the scope of the present invention. Optionally, the elevation of plow **12** may be manually adjusted during operation by the operator, such as via mechanical adjustments or override electrical control actuation of actuators **18**, without affecting the scope of the present invention.

An electrical alternator **36** (FIGS. **1**, **5** and **6**), which is driven by the engine **30** and flexible shaft **34**, provides electrical power to the laser receivers **22**, an elevation control, control box **21**, electrical circuit (not shown), and plow elevation actuators **18**. As shown in FIGS. **1**–**3**, **5** and **6**, alternator **36** may be positioned at a lower portion of the framework **14** and at a central portion of the beam **12** and plow **20**. Optionally, the alternator, dynamo, or generator **36** may be incorporated into the design of the internal combustion engine, without affecting the scope of the present invention.

Screeding device **10** is movable and operable by being pulled by human effort (in the direction of arrow A as shown in FIG. **4**) over and/or through freshly poured and uncured concrete. Laser receivers **22** are set to sense or detect the established laser plane reference **24**, such that the height of the desired concrete grade is established by the strike-off plow **12**, which is vertically adjusted relative to vibrator beam **20** in response to the laser receivers **22** and actuators **18**. The floating action of the vibrator beam **20** over the uncured concrete then continues to consolidate, smooth, level and finish the uncured concrete surface. Should laser receivers **22** sense a laser plane signal **24** that is either high or low, an output signal from the control box **21** automatically adjusts the appropriate elevation actuator or actuators **18** to correct the elevation of the plow **12**, returning the plow to the desired grade.

Many components of screeding device **10** are preferably made from aluminum using known methods of fabrication and materials including commercially available dimensional metal stock, extrusions, castings, or machined components and other lightweight materials. The illustrated embodiment of FIGS. **1**–**9** of the present invention preferably weighs approximately 60 lbs. (27.2 kg.), but may weigh more or less than this, without affecting the scope of the present invention. This makes the device portable and manageable by one operator or worker. Further weight reduction or even an increase in size and capacity of the device without adding additional weight or without adding a significant amount of weight is possible through the use of even lighter materials such as magnesium, plastic, or carbon fiber composites.

Plow **12** and vibrator beam **20** are preferably of such length to allow and enable the screeding device **10** to be easily maneuvered by a single operator. Various lengths and/or sizes of the screed head are available for the device and easily interchanged as needed. For example, the plow and beam may be approximately six feet (183 cm) or less, which is a manageable length, yet the surface area of the vibrator is of such design and dimension that there remains a sufficiently low contact pressure on the concrete surface. However, other lengths may be implemented as desired for specific working applications without affecting the scope of the present invention. Preferably, the length of the screed head is selected to be short enough to allow for easy maneuverability and handling and not so long as to avoid excessive labor during use through raking large amounts of material in advance of the plow or grade setting device.

Optionally, the plow and vibrating beam may have adjustable lengths so as to be adaptable for different applications. For example, the plow **12** and vibrating beam **20** may

13

include bolt-on sections 12c, 20b (FIG. 1), respectively, of different sizes, or may include other extensions or wings, which may be bolted to either or both ends of a central, shorter plow and beam. This allows the operator to vary the length of the plow and beam (and thus the width of the screeding device) depending on the particular application. For example, the lengths of the vibrating beam and plow may be adjusted between approximately three feet and approximately twelve feet via attachment or detachment of various sections. Optionally, the rotational speed of the vibrating members and the mass and sizes of the eccentric weights may be adjustable to accommodate different length beams and/or plows.

Referring now to FIGS. 10 and 11, a screeding device 110 is shown which is substantially similar to the screeding device 10, discussed above. Screeding device 110 includes a screeding head 111, which includes a vibrator beam 120 and a grade setting or grade indicating device 112. As best shown in FIG. 11, grade indicating device 112 includes an elongated member or tube 113a which further includes a plurality of indicators, such as fingers or extensions 113b, spaced along the lower surface of the tube 113a and extending downwardly therefrom. Grade indicating device 112 is adjustable relative to vibrator beam or member 120 in response to actuators 118 and a control 121 to indicate to an operator of screeding device 110 the desired grade of the uncured concrete surface. Either a lack of contact or marks left in the concrete by the fingers or extensions 113b may indicate an area or areas where additional manual filling, or pre-leveling of the concrete surface by workers using concrete rakes or shovels may be necessary or desired.

Screeding device 110 also includes a pair of laser receivers 122 mounted to generally vertical rods 126, which are in turn mounted to elongated tube 113a, with the laser receivers 122 and rods 126 being mounted to tube 113a toward a central portion of screeding device 110, rather than at the outer ends of the grade setting device, as shown in FIGS. 1–3 with respect to screeding device 10. In the illustrated embodiment, the rods 126 are positioned and aligned to be generally in-line with the elevation actuators 118. As discussed above, positioning the rods and laser receivers in this manner effectively accommodates for the relatively quick system response of the laser-controlled elevation actuators 118, in order to enhance control of the height of tube 113a and fingers 113b relative to vibrator beam 120.

Preferably, the fingers 113b of tube 113a are generally straight wire fingers spaced approximately one to two inches apart along the tube and extending generally vertically downward therefrom, with the bottom of the fingers terminating at the desired grade when the elongated tube is set at the appropriate level. The fingers 113b may be substantially rigid or they may be flexible as they contact the uncured concrete surface. The fingers 113b thus provide a visual indication of the desired grade to the operator and workers, but do not necessarily function to plow or rake to move substantial amounts of material as screeding device 110 is pulled or moved over the concrete. Fingers 113b may be suitable for wider screeding devices where the additional weight of having a wider plow 12 (as shown in FIG. 1) may become a disadvantage in using the screeding device. Thus, workers or rakers may remove excess concrete or fill in concrete or "rake" the concrete (using suitable hand tools or the like) to the approximate elevation of the fingers. The fingers 113b provide a visible indicator which acts as a gauge for the workers to see how much concrete they need to remove or add to obtain the desired grade level in front of the screeding device 110.

14

Referring now to FIGS. 12–15, a wheeled screeding device 210 includes a screeding head 211, which includes a vibrator beam or member 220, attached to a framework 214. The framework 214 includes two pairs of spaced side frame members 214d which are connected together by a pair of generally parallel rods 215, similar to frame 14 discussed above. Rods 215 are also connected to a central frame portion 214b of framework 214, each side of which is further connected to a pair of generally parallel linkages 214e, 214f (in the illustrated embodiment, linkage 214f is generally parallel to and above linkage 214e at each side of the wheeled support 217). The spaced, parallel linkages 214e, 214f are connected to a rear end 217a of a wheeled support 217, and are pivotable to adjust the framework 214, and thus the vibrating beam 220, relative to wheeled support 217, as discussed below.

Wheeled support 217 includes a pair of wheels 217b rotatably mounted at opposite ends of a laterally extending frame portion 217c. A handle 217d extends upward and forward from a forward end 217e of wheeled support 217 and may be grasped and pulled or pushed by an operator (shown moving the device in the direction of arrow A in FIG. 13) over and through the uncured concrete surface. The wheels 217b may be freely rotatable at each side of the wheeled support 217 or may each be powered or driven via a drive motor 217f to further enhance maneuverability and mobility of the screeding device 210. The drive motor or motors for the wheels may be independently operable and may be electric, hydraulic or any other means for rotatably driving the wheels, without affecting the scope of the present invention.

Vibrator beam 220 is mounted to framework 214 in a similar manner as discussed above with respect to screeding device 10, such that a detailed discussion will not be repeated herein. Likewise, screeding device 210 includes a powered vibrator device 231, with a power source (not shown) preferably mounted at wheeled support 217, for causing vibration of the vibrating beam 220, such as by rotatably driving a pair of counter rotating eccentrically weighted shafts or members (also not shown) at vibrating beam 220, as discussed above with respect to screeding device 10.

Although not shown in FIGS. 12–15, screeding head 211 of screeding device 210 may also include a plow or other grade setting device or member, such as a visual indicator, such as fingers or extensions along a tube, such as discussed above with respect to screeding device 110, or the like. The grade setting device may be adjustably mounted to the side frame members 214d and vertically adjustable relative to the vibrating beam 220, such as via a pair of elevation actuators (not shown), such as in a similar manner as discussed above with respect to screeding devices 10 and 110. Also, the elevation actuators may be operable in response to a laser plane detection system via a pair of laser receivers (also not shown) mounted to the vibrating beam.

The operating range height of the vibrating beam 220 may be manually adjusted relative to the level of the wheels 217b via an adjustment device 221 (FIGS. 12–14). This adjustment is desirable to correspond to the thickness of the concrete slab where the vibrating beam 220 rests upon the uncured concrete and the wheels 217b may rest upon the sub-grade surface and drive through and/or over the uncured concrete. The adjustment device 221 may be an actuator, a threaded rod, turnbuckle, or any other extension and retraction device or the like, and is operable to adjust the height of the vibrating beam 220 relative to the wheeled support 217. As can be seen from FIGS. 12 and 13, extension and

retraction of adjustment device **221** causes the frame **214** and vibrating beam **220** to lower and raise, respectively, relative to wheeled support **217** via pivotal movement of both sets of parallel linkages **214**e, **214**f simultaneously relative to rear end **217**a of wheeled support and corresponding pivotal movement of central frame portion **214**b relative to both sets of parallel linkages **214**e, **214**f. The movement of linkages **214**e, **214**f relative to wheeled support **217** and of frame portion **214**b relative to linkages **214**e, **214**f provides generally vertical reciprocal movement of frame portion **214**b relative to wheeled support **217**, such that frame portion **214**b remains in generally the same orientation as the frame portion **214**b is raised or lowered relative to wheeled support **217**.

Adjustment device **221** may be manually rotated or actuated to retract or extend and functions to raise and lower central frame portion **214**b relative to wheeled support **217**, while linkages **214**e, **214**f function to maintain the vibrating beam in its generally horizontal orientation or at its desired pitch during such vertical movement. The linkages **214**e, **214**f thus limit or substantially limit or preclude rotation of vibrating beam **220** about its longitudinal axis **220**a (FIG. 12) as vibrating beam **220** is vertically adjusted to various operating range heights. Additionally, either or both of the linkages **214**e, **214**f may be replaced with adjustment devices that are operable to adjust the relative angle or pitch of the framework **214**, central frame portion **214**b, and vibrating beam **220** relative to both the wheeled support **217** and the generally horizontal work surface. The adjustment devices may be an actuator, a threaded rod, turnbuckle, or any other extension and retraction device or the like, without affecting the scope of the present invention, and are thus operable to adjust the "angle of attack" of the vibrating beam **220** relative to the wheeled support **217**.

During use, an operator pulls, drives or otherwise moves wheeled screeding device **210** in the direction shown by directional arrow A in FIG. **13** to move wheels **217**b along and through the uncured concrete surface and to move vibrating beam **220** and the plow over the uncured concrete surface to consolidate, smooth, level and/or flatten the surface at a desired grade. Vibrating beam **220** and any plow or other grade setting device as disclosed herein also move or cause sufficient concrete to fill in the tracks created by wheels **217**b passing through the uncured concrete ahead of vibrating beam **220**. The operating range height of the vibrating beam **220** may be set relative to wheels **217**b via adjustment device **221** and maintained at that level relative to the wheeled support. The desired grade elevation may also be adjusted by adjusting a plow (such as a plow of the types discussed above and shown in FIG. **1** and FIG. **10**), or other grade setting device or member (not shown in FIGS. **12**–**15**) relative to the vibrating beam **220** via elevation actuators or the like, such as discussed above with respect to screeding devices **10**, **110** and shown in FIGS. **1**, **10**, respectively, while the screeding device is moved over and through the concrete surface.

Vibrating beam **220**, and/or any other grade setting device, may at least be partially supported by a wheeled support **217** of the screeding device **210**, and may include a wider or longer vibrating beam and plow than the non-wheeled screeding devices **10** and **110**, as discussed above. For example, screeding device **210** may optionally include a vibrating beam **220** of approximately 6 feet (1.83 m), 7 feet (2.13 m), 8 feet (2.44 m), 10 feet (3.05 m), 12 feet (3.65 m) or the like, in order to cover a desired amount of surface area with each working pass of the screeding device. The additional weight of larger members is thus at least partially

supported by the wheels **217**b. With the addition of a power source **30**, electronic controls **21**, and laser receivers **22** (as shown in FIG. **1** and FIG. **10**), and wheel drive motors **217**f, further advantages of screeding device **210** may be achieved, as will be described below.

Optionally, an upper portion of wheeled support **217** may be pivotally mounted to laterally extending frame portions **217**c and wheels **217**b such that the frame portion may be pivoted side to side, providing a roll action as needed through an axis **217**j with respect to the direction of travel of screeding device **210**. Such pivotal movement allows for adjustment of the plane of the vibrating beam **220** about longitudinal axis **217**j of wheeled support **217**.

Referring now to FIGS. **16**–**20**, a powered wheeled screeding device **310** includes a screeding head **311**, which includes a grade setting member or strike-off plow **312** and a vibrating beam **320**, attached to a framework **314**. Framework **314** is adjustably mounted to a wheeled support **317** and is adjustable to adjust a position or orientation of screeding head **311** relative to wheeled support **317**. The wheeled support **317** includes a pair of powered drive wheels **317**b and is movable or drivable over and/or through the uncured concrete.

Wheeled support **317** includes a pair of wheels **317**b at opposite ends of a laterally extending frame portion **317**c. A handle **317**d extends upward and forward from a forward end **317**e of wheeled support **317** and may be grasped and pulled or pushed by an operator to move and/or steer screeding device **310** over and through the uncured concrete surfaces or the like. Preferably, each wheel **317**b is powered or driven by its own drive motor **317**f positioned at each wheel to further enhance maneuverability and mobility of the screeding device **310**. In the illustrated embodiment, drive motors **317**f are hydraulic motors powered by the power source **330** (which may include an engine, an hydraulic pump and a reservoir for hydraulic fluid or oil), which is operable to provide pressurized hydraulic fluid to the motors **317**f and other hydraulically controlled cylinders and motors, as discussed below. However, drive motors **317**f may be any other means for rotatably driving the wheels of the screeding device, such as electric, pneumatic, or the like, without affecting the scope of the present invention. Optionally, the drive means for the wheels may include a motor positioned above the central portion or axle **317**w of the wheels **317**b which is operable to drive the wheels via a chain drive mechanism and/or drive shafts (not shown), such that the drive means is positioned substantially above the axles of the wheels, thereby providing increased ground clearance for the wheeled support.

Additionally, power source or motor or engine **330** may be operable to actuate or energize an hydraulic motor **331**a (FIGS. **16** and **21**) of a vibration device **331**, which is operable to cause vibration of the vibrating beam **320**, in a similar manner as described above with respect to vibration device **31**. In the illustrated embodiment, power source **330** is an internal combustion engine driving at least one hydraulic pump (for example, the power source may drive two hydraulic pumps **975**a, **975**b (as in a preferred embodiment, of which an hydraulic diagram **997** is shown in FIG. **28**) or more hydraulic pumps, without affecting the scope of the present invention) and includes a fluid reservoir system **996** (FIG. **28**) for providing pressurized fluid to actuators or hydraulic cylinders **318**, **321** and hydraulic motors **331**a, **317**f of screeding device **310** via a plurality of solenoid valves and hydraulic controls **330**b (FIGS. **16** and **17**). Power source **330** is operable to drive or actuate the hydraulic motor **331**a of vibration device **331** via hydraulic lines

(not shown). In the illustrated embodiment, wheeled support **317** includes a pair of spaced plates **333** mounted at either end of cross member **317***i* for supporting the hydraulic valves and controls **330***b*. Optionally, the power source **330** may include an electric storage battery **330***a*, which may be positioned at the wheeled support **317**, or within a battery mounting support **317***g* near handle **317***d*. Alternately, the power source **330** may include an electric drive motor, such as a battery-powered motor, a power-cord supplied motor, a compressed-air supplied pneumatic motor, or the like, without affecting the scope of the present invention.

In a preferred embodiment, screeding device **310** may also include controls for controlling the drive motors or drive means of the wheels through a range of selectable or infinitely variable speeds as desired by the operator. For example, the controls may be manually actuated to drive the wheels in a forward direction or a reverse direction and may be actuated to drive the wheels independent from one another to assist in steering or turning the screeding device. Optionally, the controls may include a cruise control type control system which is operable to maintain a generally constant drive speed of the device as the screeding device moves over and through the uncured concrete.

Preferably, in a manner similar to vibration device **31** (FIG. **9**) discussed above, vibration device **331** includes a pair of counter rotating eccentrically weighted shafts or members **332***a*, **332***b* (FIG. **21**), which are rotatably driven by gears **332***e* at vibrating beam **320**, as discussed above with respect to screeding device **10**. Because vibration device **331** is substantially similar to vibration device **31** discussed above, a detailed discussion of vibration device **331** will not be repeated herein. Briefly, one of the eccentric weight members **332***a* may be rotatably driven by hydraulic motor **331***a*. The eccentric weight members **332***a* and **332***b* are engaged with one another via gear teeth **332***e*, such that rotation of member **332***a* causes a corresponding, opposite rotation of member **332***b*. As also discussed above, the vibrating beam **320** may be attached to the vibrating device **331** via cylindrical mounting members **340***c*, while the lower mounting plate **340***b* of vibrating device **331** is mounted to the framework **314** through one or more vibration isolator or elastic rubber sandwich mounts **314***e* (FIG. **17**), which serves to help dampen the transmission of beam vibration to the support frame **314** and to the wheeled support **317** and operator handle **317***d*. The eccentric weight members **332***a* and **332***b* are preferably indexed relative to each other by means of the gear teeth **332***e* such that the vibration of the beam **320** is directed to act in a primary axis matching the elongated axis of the vibrator beam **320**, while also serving to reduce, minimize, or cancel vibration in the horizontal axis perpendicular to the vibrator beam **320**. The eccentric weight members thus allow the vibration displacement to be primarily directed in a desired plane, while substantially precluding vibration displacement in an undesired plane. Optionally, the speed of rotation of the eccentric weight members may be adjustable to a desired speed depending on the particular application of the screeding device and/or the length of the plow and/or beam mounted to the screeding device. Optionally, the mass of the eccentric weight members may be changed or adjusted through the addition or subtraction of weight from each eccentric weight member, or through replacement of the eccentric weights. As shown in FIGS. **16** and **22**, vibrating device **331** is preferably substantially encased within a housing **331***b* to protect the eccentric weight members, gear teeth, and shaft bearings from the elements.

Similar to screeding head **11** of screeding device **10**, discussed above, screeding head **311** of screeding device **310** includes grade setting member or strike-off plow **312**, which is adjustably mounted to each of the side frame members **314***d* via a pair of parallel, plow adjusting linkages (not shown in FIGS. **16**–**20**) and an elevation cylinder or actuator **318**, in a manner similar to that discussed above in screeding device **10**. The parallel linkages function to maintain horizontal attachment and generally parallel alignment of plow **312** relative to framework **314** as the plow is raised or lowered by actuators **318**. The linkages thus limit or substantially preclude pivotal movement of the plow **312** as it is vertically adjusted by actuators **318**. Preferably, elevation actuators **318** are operable to adjust the position of plow **312** relative to vibrating beam **320** in response to an on-site laser plane reference system and a laser receiver **322** positioned at a generally vertical rod or post **326** extending upwardly from plow **312** at or near each actuator **318**, all as described above with respect to screeding devices **10** and/or **110**.

Optionally, screeding head **311** may be detachably mounted to wheeled support **317**, such that different length or different sized vibrating beams, plows, or strike-off devices, which may include various lengths of approximately 6 feet (1.83 m), 7 feet (2.13 m), 8 feet (2.44 m), 10 feet (3.05 m), 12 feet (3.65 m) or the like, may be mounted to the wheeled support in order to cover a desired amount of surface area with each pass of the screeding device, depending on the particular application. Preferably, the screeding head **311** is easily detachable and mountable to wheeled support **317**, such that the screeding head may be easily removed for transportation of the screeding device from one work site to another. In the illustrated embodiment, the wheeled support and wheels are preferably of such dimensions that the device may be moved or driven through a standard side door opening, such as a 36 inch (91 cm) wide service door opening of a building, when the screeding head is temporarily removed from the wheeled support and manually carried through such a door opening by work personnel.

Optionally, the screeding head **311** may be adjustably mounted to wheeled support **317**, such that the screeding head may be pivoted about a longitudinal axis **317***j* (FIGS. **17**A, **17**B and **19**), which is generally parallel to the direction of travel of the screeding device, and/or about an axis **320***b* generally parallel to the longitudinal axis **320***a* of the vibrating beam (FIGS. **16** and **17**). The screeding head **311** may thus be adjustable about one or more axes to a desired orientation with respect to the wheeled support. The screeding head may include a leveling system which functions to level the screeding head relative to the wheeled support or relative to a generally horizontal plane in response to an angle or level sensor. It is further envisioned that the screeding head may be substantially fixed or locked in a desired orientation relative to the wheeled support to limit pivotal movement of the screeding head about one or both axes during operation of the screeding device, without affecting the scope of the present invention.

Framework **314** includes two pairs of spaced side frame members **314***d* which are connected together by a pair of generally parallel rods **315**, similar to frames **14** and **214** discussed above. The rods **315** are also connected to a central frame portion **314***b* of framework **314**, which is adjustably mounted to a rear end **317***a* of wheeled support **317** via a pair of linkages **323** and an adjustable member **325**, such as a turnbuckle or the like. Adjustable member **325** is mounted between a cross member **317***i* of wheeled support **317** and the central frame portion **314***b* of framework **314**, and is adjustable to adjust a pitch or "angle of attack" of framework **314** and vibrating beam **320** relative to

wheeled support **317**. Similarly, adjustable member **325** and linkages **323** are pivotable relative to wheeled support **317** via hydraulic actuator **321**, as best shown in FIG. **18**, to adjust an operating range height of framework **314** and screeding head **311** relative to wheeled support **317**. As described above with respect to adjustment device **221**, adjustable member **325** functions to maintain vibrating beam **320** at the desired orientation or "angle of attack" relative to wheeled support **317** through the operating range of travel.

In the illustrated embodiment, central frame portion **314**b is pivotally and adjustably mounted to rear end **317**a of wheeled support **317** via the pair of parallel linkages **323**, the adjustable member **325** and actuator **321**. As best shown in FIGS. **16**–**18**, central frame portion **314**b includes a pair of upwardly extending brackets or flanges **319**, which are bent or curved inwardly toward one another at their upper ends **319**a to join one another. A cross member **319**b extends between the upwardly extending brackets **319** and is fixedly secured to the brackets **319**, such that pivotal movement of cross member **319**b causes pivotal movement or rotation of the brackets **319** and of vibrating beam **320** and plow **312** about axis **320**b defined by cross member **319**b.

In the illustrated embodiment, cross member **319**c includes an actuator mount **319**c extending forwardly and upwardly from cross member **319**b for mounting an end **321**a of actuator **321**, such as an hydraulic cylinder or other means for providing extension and retraction. Actuator **321** is positioned between actuator mount **319**c and a second actuator mount **317**h (FIG. **18**) at rear end **317**a of wheeled support **317**. Also, each of the linkages **323** is pivotally mounted at one end to or at a respective end of cross member **319**b and at the other end to or at the rear end **317**a of wheeled support **317**. Likewise, the adjustable member **325** is mounted at one end to the upper end **319**a of brackets **319** and at the other end to cross member **317**i of wheeled support **317**, and at a position generally above the mounting points for the linkages **323**.

As can be seen in FIGS. **16**–**18**, adjustment of the length of adjustable member **325** causes pivotal movement of brackets **319** and vibrating beam **320** and plow **312** about cross member **319**b and pivot axis **320**b. This adjusts the pitch or angle of the vibrating beam **320** relative to the uncured concrete surface. As can also be seen in FIGS. **16**–**18**, extension and retraction of actuator **321** causes lowering and raising, respectively, of central frame portion **314**b, along with vibrating beam **320** and plow **312**, relative to the level of wheeled support **317**. Accordingly, the pitch angle and general height of the vibrating beam **320** relative to the wheeled support **317** may be selected and adjusted via adjustment of the turnbuckle or adjustable member **325** and extension and/or retraction of the adjustable member **321**. Once a desired pitch or angle is set via adjustment of adjustable member **325**, the grade or elevation height of the vibrating beam may be adjusted via actuator **321**, while the pitch angle or "angle of attack" of the vibrating beam remains at the desired setting. The vibrating beam **320** and plow **312** may be lifted or raised above the uncured concrete surface or any low obstacles to ease movement of the screeding apparatus **310** through a work site area to and/or from a desired location or area of the uncured concrete.

The pitch angle and operating range of the elevation height of the screeding head **311** are selected to provide optimal results based upon the site conditions, concrete slab thickness, and concrete mix design, to achieve the desired consolidation, leveling, and flattening and/or to affect the smoothing of the uncured concrete surface to fill in and smooth over the tracks left in the uncured and unscreeded

concrete by the operator and the wheels **317**b of the wheeled support **317** in front of the plow **312** and vibrating beam **320** as the screeding device **310** is pulled or driven in the direction of arrow A in FIG. **18** over and through the uncured concrete surface. Adjustment of the pitch of vibrating beam **320** may also adjust the axes of rotation of the eccentric members to adjust the vibration plane of the vibrating beam. Further adjustment within the operating range height of the plow **312** to adjust the amount of material being struck off in front of the vibrating beam **320** is provided by the elevation actuators **318** in response to the laser receivers **322** and the laser reference plane, as discussed above.

Optionally, screeding apparatus **310** may include a pair of wheel track fillers (not shown in FIGS. **16**–**20**, but such as shown in FIG. **23**), which are operable to deflect or direct concrete into the furrows or channels formed by the wheels as the screeding device is moved through the uncured concrete. The wheel track fillers may be angled plow type devices which are positioned in front of a forward side of the plow, and just rearward of the wheels, to push or deflect concrete toward or into the furrows to generally fill in the furrows before the plow engages the uncured concrete. Optionally, screeding apparatus **310** may include one or more work lights **360** (FIG. **16**), which provide illumination of the work site during darkened conditions.

Referring now in detail to FIGS. **17**A and **17**B, apparatus **310** maintains a center of gravity located in close proximity to and to the rearward side of the wheels **317**b and axis **317**w according to the direction of travel. The location of the center of gravity relative to the wheels **317**b results in the screeding device **310** having the characteristic of being nearly balanced about an axis near and parallel to rotation axis **317**w at the wheels **317**b, with a greater portion of the apparatus' weight resting upon the wheels and a lesser portion of the apparatus' weight resting upon the vibrating beam **320**, such that vibrating beam **320** is at least partially supported by, or essentially "floating" upon, the uncured concrete surface, and applies a sufficient and desired amount of down-pressure to work the surface. The amount of weight or downward force applied by vibrating beam **320** may be adjustable with the fore-aft adjustment of detachable counter weights (not shown) fastened to appropriate locations on the screeding device **310**. Optionally, the amount of weight or downward force applied by vibrating beam **320** may be adjustable via an adjustable mounting location or mechanical adjustment slots or the like (not shown) between the laterally extending frame portion **317**c and the wheeled support members **317**a.

Optionally, and preferably, and as shown in FIGS. **17**A and **17**B, screeding device **310** may include an adjustment device **317**k, which functions to adjust the fore-aft position of a lower wheeled support sub-frame assembly **317**m, which is generally comprised of the laterally extending frame portions **317**c, drive motors **317**f, and wheels **317**b, relative to an upper wheeled support sub-frame assembly **317**n, which is generally comprised of handle **317**d, forward end of wheeled support **317**e, and rear end of wheeled support **317**a. Lower wheeled support sub-frame assembly **317**m is able to slide relative to upper sub-frame assembly **317**n along longitudinal shaft **317**q via bearings **317**r. Longitudinal shaft **317**q is mounted at its opposite ends between a front cross support **317**p and a rear cross support **317**o of upper sub-frame assembly **317**n, thereby securing it to upper wheeled support frame **317**n. The sliding axis of the lower wheeled support sub-frame assembly **317**m relative to upper sub-frame assembly **317**n is thus generally coaxial with the longitudinal axis of pivotal motion **317**j, which is parallel to

the direction of travel of the screeding device **310**. A center actuator bracket **317s** and a rear actuator bracket **317r** contain a center u-joint **317u** and a rear u-joint **317v**, respectively, for pivotally mounting an actuator or adjustment device **317k** therebetween. Therefore, center u-joint **317u** and rear u-joint **317v** are each able to maintain at least two axes or degrees of motion freedom to preclude binding of adjustment device **317k** when lower wheeled support sub-frame assembly **317m** is pivoted relative to upper wheeled support sub-frame assembly **317n**. Relatively small degrees of twisting action along the axis of the actuator itself may be taken up by the actuator.

As shown in this example, the adjustment device **317k** is a 12-volt DC linear electric actuator available commercially and manufactured by Warner Electric of South Beloit, Ill., USA. Other means of adjustment devices may also or otherwise be used, such as, but not limited to, a mechanical turnbuckle, a threaded shaft with a hand-wheel adjustment, a pressurized hydraulic cylinder, or a toothed rack and pinion gear, or any other actuators or the like that may be incorporated into the design to perform a similar adjustment function either manually, or as an option automatically, as may be desired, without affecting the scope of the present invention. In similar fashion, the center u-joint **317u** and rear u-joint **317v** of actuator **317k** may also be replaced by spherical bearings, ball joints, elastic mountings, or the like, in order to accomplish equivalent degrees of mechanical freedom to limit or substantially preclude mechanical binding or limitation of adjustment device **317k**, without affecting the scope of the present invention.

As can be seen in FIGS. **17A** and **17B**, shifting the lower wheeled support sub-frame portion **317m** and wheels **317b** to the front with respect to the upper wheeled support frame sub-frame **317n** will increase the proportion of weight on the rearward side of the screeding apparatus **310** and the screeding head **311**, which results in an increase in the force or down pressure exerted upon the uncured concrete by the vibrating beam **320**, which is also supported by and works the uncured concrete surface. Conversely, shifting the lower wheeled support sub-frame portion **317m** and wheels **317b** to the rear with respect to the upper wheeled support frame sub-frame **317n** will decrease the proportion of weight on the rearward side of the screeding apparatus **310** and the screeding head **311**, which results in a decrease in force or down pressure exerted upon the uncured concrete by the vibrating beam **320**, which is also supported by and works the uncured concrete surface. Thus, the means described above serves to adjust the force or "degree of float" of the vibrating beam **320** upon the uncured concrete surface as the uncured concrete surface is being worked and smoothed to the desired final elevation.

Additionally, the above described adjustment means may further include means to automatically control the position of the lower wheeled support sub-frame portion **317m** and wheels **317b** relative to the upper sub-frame **317n** via an electric actuator **317k** in response to measurements taken by a force sensor (not shown) mounted at the vibrating beam **320** of the screed head **311**. The force sensor may measure the force exerted by the vibrating beam **320** against the concrete surface and accordingly output an electrical input signal to the onboard electronic control box (not shown), where an appropriate output signal is then generated by the control box to operate the electric actuator **317k** and thus to shift the lower wheeled support sub-frame portion **317m** relative to upper sub-frame assembly **317n** accordingly and in the proper direction, in order to automatically maintain an approximate range of desired and preset "degree of float" of

the vibrating beam **320** on the uncured concrete surface. The control system of screeding device **310** thus may provide an automatic closed-loop "degree of float" control system for the screeding device **310**.

Alternately, it is further envisioned that the screeding head may be mounted at a rearward end of an extendable or adjustable boom (not shown) which extends rearward from the wheeled support. Extension of the boom then moves the screeding head **311** further rearward to increase the force of the screeding head **311** on the uncured concrete surface by increasing the amount of the unsupported weight of the screeding head **311** and the extendable boom. Conversely, retraction of the boom then moves the screeding head **311** further forward or closer to the wheels **317b** to decrease the force of the screeding head **311** on the uncured concrete surface by decreasing the amount of the unsupported weight of the screeding head **311** and the extendable boom as they are increasingly supported by the wheels **317b**. Alternately, the weight or down pressure exerted by the boom on the uncured concrete surface may be adjusted via weights (not shown) which may be added or removed from one of the ends of the screeding apparatus to affect the balance of the unit, without affecting the scope of the present invention.

Lower wheeled support sub-frame portion **317m**, including laterally extending frame portions **317c**, may be pivotally mounted to upper wheeled support sub-frame **317n**, such that the wheeled support **317** may be pivoted or tilted side to side. This provides a roll action through axis **317j** with respect to the direction of travel of the wheeled support **317**. Such free pivotal movement allows for adjustment of the plane of the vibrating beam **320** about a longitudinal axis **317j** of wheeled support **317**. In such applications, it is a further option that the screeding apparatus may include oil-filled oscillation cylinders or dampers (such as discussed below and as shown in FIGS. **23** and **23A**) or the like to control and dampen such side to side pivotal movement of the screed head **311**. This allows controlled axial movement of the screed head **311** along and/or about pivot axis **317j** and also serves to enhance and maintain the stability of the apparatus while the screeding device **310** advances along a work path or is traveling along to and from a work site over rough terrain. The oscillation dampers may be oil-filled cylinders or gas-spring shock absorbers, but may alternately be any other form of dampening device, such as friction or other shock absorbing type devices or the like, without affecting the scope of the present invention.

Screeding apparatus **310** may also include a temporary mechanical link or hydraulic locking mechanism to temporarily fix or lock the lower wheeled support sub-frame portion **317m**, including the laterally extending frame portion **317c**, at a desired angle or orientation with respect to the wheels **317b**. Alternately, the mechanical links may be replaced with oil-filled shock absorbers or hydraulic cylinders connected hydraulically to one another such that the free flow of fluid, and therefore pivotal motion at axis **317j**, can be readily controlled through actuation of a fluid or selector valve **990a** and/or the selected sizing of the orifices within check valves, such as orifices **990b** and **990c** as shown in FIG. **28** and as discussed below. Actuation of the selector valve may be either mechanical or through an electrical switch or electronic device (not shown) serving to control the electromechanical hydraulic solenoid valve or selector valve. The screeding device control system thus may provide an "oscillation lock" control system for the screeding apparatus or device **310**.

It is further envisioned that such a screeding apparatus "oscillation lock" control system may include an angle or tilt

sensor (not shown) to automatically detect the angle of tilt of the frame portion relative to the frame or the wheels or relative to a horizontal plane. In such an application, the screeding apparatus may be further operable to automatically sense the screed head position and to adjust the frame portion to a generally level or generally horizontal orientation (or to a desired angle) in response to the angle sensor, such as via a motor, hydraulic cylinder, or electric actuator (also not shown) operable to pivot frame portion 317c about axis 317j to a desired angle relative to wheels 317b.

Referring now to FIG. 23, a powered wheeled screeding device 410 includes a screeding head 411, which includes a grade setting device, such as a plow 412, and a vibrating beam 420 attached to a framework 414, similar to screeding device 310 discussed above. Screeding head 411 also includes a concrete moving device 413, which is operable to engage and move excess uncured concrete from in front of the vibrating beam 420 and/or plow 412, such as an auger mounted to the plow 412 at laterally opposite ends thereof. Screeding device 410, vibrating beam 420 and plow 412 are otherwise substantially similar to screeding device 310, vibrating beam 320 and plow 312, discussed above, such that a detailed discussion will not be repeated herein.

Concrete moving device or auger 413 is rotatably mounted between a pair of mounting brackets 412a extending forwardly from each end of plow 412, such that auger 413 extends generally along and generally parallel to the entire length of plow 412. Auger 413 is mounted along the front portion or edge of the plow 412 and is rotatable to engage and remove excess concrete that may accumulate in front of screeding device 410 as the machine progresses through the uncured concrete. Auger 413 comprises a generally cylindrical tube portion 413a and a helical or spiraling, generally continuous, ridge, blade or flighting 413b extending radially outwardly from tube portion 413a, such that as auger 413 is rotated, blade or flighting 413b scrapes excess concrete from the uncured concrete surface and moves the excess concrete toward one side or the other, or just ahead of screeding head 411, depending on the direction of rotation of auger 413. Auger 413 is positioned relative to plow 412 such that a lower edge of flighting 413a is just above a lower edge of plow 412, such that auger 413 removes excess concrete, or respectively carries and adds concrete to fill any low spots while plow 412 sets the uncured concrete surface to the desired grade. Alternately, the auger 413 may be positioned relative to the plow 412 such that a lower edge of flighting 413a is equal in elevation to the lower edge of the plow 412, such that the auger 413 removes any excess concrete or respectively carries and adds concrete to fill any low spots and therefore sets the uncured concrete surface to the desired grade.

Auger 413 is driven by a driving mechanism or motor 413c which may turn or rotate the auger in either direction, such as in response to control by the operator. The driving mechanism may be a hydraulic motor positioned at one end of the auger and operable to rotate the auger via a keyed-shaft or the like. Alternately, other means to drive the auger may be used, including but not limited to, electric or air drive motors, roller chains and sprocket gears, right-angle gearboxes, and/or cogged belts and pulleys and/or the like, without affecting the scope of the present invention. Optionally, a "center drive position" may be implemented with a drive chain engaging a sprocket mounted near the mid-point of the auger, without affecting the scope of the present invention. If such a drive chain or belt were implemented, the chain or belt may preferably be substantially or completely enclosed to limit or preclude exposure

to the concrete aggregate, in order to avoid potential jamming of the drive chain or belt.

Preferably, the auger 413 is constructed of lightweight plastic in order to minimize the weight of screeding device 410. Optionally, the auger 413 may comprise injection-molded modular plastic auger sections with an interlocking lap joint that allows the sections to align with respect to one another when they are joined together along a common center drive shaft. Such an auger assembly is commercially available from The Lundell Corporation, of Odebolt, Iowa, USA, and is used in a variety of applications including farming, foods, and material handling equipment. Since the auger on screeding device 410 is preferably a lightweight plastic member, the auger may not be required or suitable to cut or establish the final grade height of the concrete. Therefore, the dimensional accuracy of the auger flighting or any deflection in the auger main shaft at its center due to material loads may not be as critical as with other screeding machines. The auger 413 on screeding device 410 functions to remove excess material off to the side such that plow 412 will continue to cut the grade, in a similar manner as screeding device 310, as discussed above.

It is envisioned that the screeding device of the present invention may alternately include an auger or the like positioned along a forward edge of the vibrating beam, whereby the auger is operable to cut or establish the grade height of the concrete as the screeding device is moved along and through the uncured concrete. Such an embodiment may or may not include a strike-off plow or indicating member. The auger may replace the function of this component entirely or, optionally, the auger may supplement engagement and strike-off of the concrete. The auger or other such device may be vertically adjustable in response to the elevation actuators or cylinders to adjust the concrete surface to the desired grade, such as in a manner similar to the other grade setting devices 12, 112, 212, 312 and/or 412, discussed above. In such an embodiment, it is further envisioned that the auger may be constructed to close tolerance dimensions and constructed of materials of increased structural rigidity, such as alloy steel or carbon fiber or the like, such that the auger may be increasingly suited for cutting or establishing the grade height of the uncured concrete as the screeding device is moved along and through the uncured concrete.

Screeding device 410 preferably includes a pair of laser receivers 422 mounted to the ends of respective rods 426 extending upward from the plow 412, similar to laser receivers 22, discussed above. Preferably, the laser receivers 422 are positioned generally near to the elevation actuators 418 at the frame members 414d, such as discussed above with respect to screeding device 110. The grade of the uncured concrete surface may thus be set by grade setting device or plow 412 in response to a laser plane generating system and an established laser plane reference, as discussed above. It is further envisioned that the elevation actuators 418 may be at least occasionally correspondingly operable in response to a signal from only one of the laser receivers 422, such as in situations where the laser beam reference plane may be temporarily blocked from being received, such as disclosed in U.S. Pat. No. 5,556,226, issued Sep. 17, 1996 to Hohmann, Jr. and entitled AUTOMATED, LASER ALIGNED LEVELING APPARATUS, which is hereby incorporated herein by reference.

Optionally, the elevation actuators may be controlled by other means or control systems, such as shown in FIG. 23A, such as a three dimensional profiler system (such as a 3-D Profiler System commercially available from Somero

25

26

Enterprises), such as disclosed in U.S. Pat. No. 6,227,761, issued May 8, 2001 to Kieranen et al. and entitled APPARATUS AND METHOD FOR THREE DIMENSIONAL CONTOURING, which is hereby incorporated herein by reference. Optionally, screeding apparatus **410** may also include at least one sonic tracer or sensor **455** and at least one three-dimensional laser tracking target **460** (as shown in FIG. **23**A and as disclosed in U.S. Pat. No. 6,227,761). The sonic tracer or sensor **455** may be adjustably mounted or secured at the ends of the screeding head **411**, whereby at one end of the screeding head the sonic sensor **445** is operable to detect the relative elevation or height of a previously screeded surface using the sonic sensor for measuring a surface screeded during an earlier pass of the screeding apparatus) to assist in blending adjacent portions of the uncured concrete surface, while at the opposite end of the screeding head the tracking target **460** is operable to measure the location of the screeding head **411** in three-dimensions including elevation of the screed head **411**. The screeding apparatus **410** may then be operable to adjust the elevation actuator **418** at one end of the plow, auger **413**, or grade setting device, and thus of the vibrating beam **420**, in response to a signal from the sonic tracer or sensor **455**, while at the opposite end of the screed head **411**, screeding apparatus **410** may be operable to adjust the other elevation actuator **418** at the opposite end of the plow, auger **413**, or grade setting device, and thus of the vibrating beam **420**, in response to a signal from the three-dimensional tracking target **460** and computer controlled 3-D system.

Alternately, and with reference to the screeding device shown in FIG. **24**, a screeding device **510** of the present invention may include other grade setting or mechanical devices or which may be operable to accomplish the same or similar task as the auger **413**, discussed above. Screeding device **510** may include a screeding head **511** having a vibrating beam or member **520** and a grade setting device **512** attached to a framework **514**. Grade setting device **512** includes a continuous flexible belt **513** which is routed around a pair of guides or rollers **513**b mounted at laterally opposite sides of the screeding device **510**. The belt **513** preferably includes a plurality of paddles **513**a extending outwardly from the belt **513** for engaging and moving the excess uncured concrete as the belt is moved about rollers **513**b.

In the illustrated embodiment, belt **513** and paddles **513**a function to cut and establish the grade of the uncured concrete surface as screeding device **510** is moved along and through the uncured concrete. Grade setting device **512** further includes a center support structure **512**a extending along the grade setting device to support belt **513** and limit deflection of belt **513** as the belt engages the excess uncured concrete.

Belt **513** may be driven in either direction around rollers **513**b via a rotatable drive or power source **513**c, which is operable to rotatably drive one of the rollers **513**b in either direction to move the belt and paddles around rollers **513**b to move the excess uncured concrete to either side of the screeding device. The power source **511** may comprise a hydraulic motor or any other means for causing rotation of one of the rollers **513**b to move the belt **513** around both rollers **513**b.

Screeding device **510** is otherwise substantially similar to screeding devices **310** and **410**, discussed above, such that a detailed discussion will not be repeated herein. Screeding device **510** preferably includes a pair of laser receivers **522** mounted to the upper ends of respective rods **526** extending upward from grade setting device **512**, similar to laser

receivers **22**, discussed above. Therefore, the grade of the uncured concrete may be set by belt **513** of grade setting device **512** in response to a laser plane generating system and an established laser plane reference, as discussed above. A pair of actuators **518** and linkages **516** may function to generally vertically adjust the position of grade setting device **512** relative to frame members **514**d of framework **514** and, thus, relative to vibrating beam **520**, in response to the laser plane system, similar to the actuators **12** and linkages **16** of screeding device **10**, discussed above.

Optionally, in place of the continuous, flexible belt as shown in FIG. **24**, a roller chain riding on and between a pair of sprockets (not shown) may be implemented with the screeding device of the present invention. The chain may further include multiple paddles extending outward from the chain to engage and move the excess uncured concrete.

Optionally, in place of the continuous, flexible belt as previously shown in FIG. **24** and described above, a wheeled screeding device **610** may include a screed head **611**, which includes a vibratory beam or member **620** and a horizontal spinning tube **613** (FIG. **25**). The spinning tube **613** has an axis of rotation parallel to the elongated vibrating member **620** and includes a bracket or frame member **612** for mounting the ends of the spinning tube to the frame members **614**d of framework **614** via linkages **616**. The working surface of the spinning tube **613** may be either smooth or contoured to include small working edges or paddles (not shown) to aid in striking-off and moving excess concrete in the direction of travel of the screeding device **610**. The spinning tube **613** may be spun or rotated via an hydraulic motor **613**b mounted at one end of spinning tube **613**. The elevation of the spinning tube **613** may be adjusted relative to the framework **614** of screed head **611** via linkages **616** and actuators **618**, in a similar manner as described above. Preferably, the actuators **618** are operable in response to laser receivers **622** mounted to a support or bracket **612** of spinning tube **613** via masts or rods **626**.

Other means for engaging and moving excess concrete to a side or ahead of the screeding device may otherwise be implemented on the screeding device on or along the forward edge of the vibrating beam or on or along the forward edge of the plow or the like, without affecting the scope of the present invention.

With reference to FIG. **26**, a screeding device **710** includes a wheeled support **717**, which includes a single wheel **717**b for guiding and moving the screeding device over and through the uncured concrete surface. Screeding device **710** further includes a screed head **711** mounted at a rearward end **717**a of wheeled support **717**, such as in a similar fashion as described above with respect to the screed heads **311**, **411**, **511**, **611** of the various screeding devices shown and described herein. Wheeled support **717** also includes a power source **730**, which may include an engine, an hydraulic pump, and a reservoir for hydraulic fluid or oil, which is operable to provide pressurized hydraulic fluid or otherwise drive a single drive motor (not shown) to drive the wheel **717**b. A handle **717**d is provided at a forward end **717**e of wheeled support **717** for an operator to guide and/or pull or push the screeding device **710** as it travels over and through the uncured concrete.

Similar to the embodiments discussed above, vibrating beam **720** of screeding device **710** is mounted to a framework **714** and extends laterally outwardly from a pair of frame members **714**d of framework **714**. Grade setting device **712** is adjustably mounted to the framework via linkages **716** and is preferably adjusted via actuation of

actuators **718**, which, in turn, are preferably actuated in response to laser receivers **722** (mounted on grade setting device **712** via masts or rods **726**) receiving a laser reference plane (not shown), as described above.

Screeding device **710** is preferably approximately balanced in a similar fashion to the previously described two-wheel screeding device **310** having a pivot axis **317j** as shown in FIGS. 17A–20. Stability of the apparatus is made through contact and engagement of the screed head **711** with the uncured concrete surface, with a desired and adjustable proportion of the weight of the device supported by surface contact of the vibrating member **720** with the surface of the uncured concrete. Screeding device **710**, screed head **711**, vibrating beam **720** and grade setting device **712**, which may optionally comprise one or more various devices of the types discussed above, such as a spinning roller (as shown in FIG. 25), a flexible belt and paddles (as shown in FIG. 24), an auger (as shown in FIGS. 23 and 23A), and/or a plow or the like, are otherwise substantially similar to the elements found in the screeding devices **610**, **510**, **410**, **310**, discussed above, such that a detailed discussion will not be repeated herein.

Referring now to FIG. 27, another screeding device **810** in accordance with the present invention is shown. Screeding device **810** is configured to be able to exhibit the various functions and elements of the present invention (either separately or in combination) as described herein with respect to the other embodiments, such that a detailed discussion of screeding device **810** will not be repeated herein. Suffice it to say that screeding device **810** includes a screeding head **811** mounted at a rearward end **817a** of a wheeled support **817**. Wheeled support **817** includes a pair of wheels **817b** rotatably mounted at opposite ends of a laterally extending frame portion **817c**. Wheeled support **817** at least partially supports the power source (not shown in FIG. 27) and generally contains the power source and other components of the wheeled support within a housing **830** of wheeled support **817**.

Screeding head **811** includes a grade setting or indicating device, such as a strike-off plow **812**, and a vibratory beam or member **820**. Vibratory beam **820** is mounted to framework **814** and extends laterally outwardly in opposite directions from a pair of frame members **814d** of framework **814**. Vibratory beam **820** may be any type of vibratable member and preferably has a generally planar, flat and smooth lower surface for engaging and working the uncured concrete surface.

Plow **812** is attached to framework **814** by two small sets of linkages **816** and is vertically adjustable relative to the framework **814** by a pair of elevation actuators **818**. Plow **812** includes angled end portions or wings **812a** at each end thereof. The angled end portions **812a** are angled forwardly at the ends of the plow and function to keep the excess concrete at the forward edge of the plow and, thus, to reduce the amount of concrete that may slide off of the ends of the plow during operation and movement of screeding device **810** over and through the uncured concrete. As described above with respect to other screeding devices of the present invention, the elevation of plow **812** relative to framework **814** may be adjustable by actuators **818** in response to input signals from each of a pair of laser receivers **822**, which each sense the elevation of a fixed laser plane reference (not shown in FIG. 27) that has been established over the job site by a separate rotating, laser plane generator or projector (also not shown). Each laser receiver **822** is mounted to a support rod or mast **826** which is in turn mounted to the grade setting device or strike-off plow **812**.

Similar to the embodiments discussed above, screeding device **810** is at least partially supported on an uncured concrete surface and moved along and over the concrete surface to screed and smooth the surface via vibration of the vibrator beam **820** as the vibrator beam **820** floats on or is at least partially supported on the uncured surface. The plow **812** is adjustable with respect to the vibrator beam **820** to adjust a level or grade of the uncured concrete to a desired grade as screeding device **810** is moved along and over the uncured concrete. The other details of screeding device **810** may be substantially similar to various aspects of screeding device **10**, **110**, **210**, **310**, **410**, **510**, **610** and/or **710**, discussed above, such that a detailed discussion of those aspects will not be repeated herein.

With reference to FIG. 28, an hydraulic diagram or schematic **997** is shown which is generally representative of an hydraulic system for the screeding devices shown and described herein and particularly for the embodiment shown in FIG. 27. With the screeding device in operation, hydraulic oil or fluid is drawn up from a reservoir **996** through a strainer **970a** by pumps **970b** and **975a** as they are mechanically driven by a power unit or source **930**. Pressurized hydraulic fluid is thus made available for the functioning of a wheel drive or propulsion hydraulic circuit **970**. Fluid passes through a variable flow control **970c** and a pressure-compensated flow control valve **970e** while any excess pressure, and thus fluid, may be diverted back to reservoir **996** by a relief valve **970d**. Hydraulic fluid passing through a selector valve **970f** may be controlled through actuation of the selector valve **970f** to select forward or reverse travel direction of the screeding apparatus **810** (FIG. 27) by changing the respective directions of rotation of wheel drive motors **917f**. A pair of counter balance valves **970g** and **970h** serve to control the flow of hydraulic fluid under variable load conditions such as encountered by inclines, working loads, or the like. A variable flow control valve **970i**, a flow divider-combiner valve **970j**, and a selector control valve **970k** serve to control the flow into and out of the wheel drive motors **917f**, such that differential or non-differential drive action of the wheels **817b** (FIG. 27) may be selected via actuation of the selector valve **970k** as desired by the operator to enhance either turning of the apparatus **810** or driving effort made by the wheels **817b** under operating load. Thus, in this example, control of selector valve **970k** provides a "differential lock" control of propulsion hydraulic circuit **970**.

With the screeding device in operation, hydraulic oil or fluid is drawn up from reservoir **996** through strainer **970a** by pumps **970b** and **975a** as they are mechanically driven by power unit **930**. Pressurized hydraulic fluid is thus made available for the functioning of an auger or belt hydraulic circuit **975**. Hydraulic circuit **975** is optionally included in this example to drive an hydraulic motor **913c** which in turn drives an auger (such as auger **413** shown in FIG. 23A) or, as a further option, a belt (such as belt **513** shown in FIG. 24) or the like. Pressurized hydraulic fluid flows from pump **975a** through a pressure-compensated flow control valve **975b** and through a selector valve **975c** to a motor **913c**. Selector valve **975c** may be actuated by the operator to drive the motor of the auger or belt in a forward or reverse direction, and also provides a stopped function. Any excess hydraulic pressure and fluid may also be diverted back to reservoir **996**.

A portion of the excess hydraulic pressure and flow is automatically diverted to a vibrator motor hydraulic circuit **980**. Also, any excess hydraulic pressure and fluid may be diverted by a relief valve **980a** back to reservoir **996**.

Pressurized hydraulic fluid flows from pressure-compensated flow control valve 975*b* and/or selector valve 975*c* through a pressure-compensated flow control valve 980*b* and through a selector valve 980*c* to a vibrator motor 931*a*, and then returns to reservoir 996. Selector valve 980*c* may be actuated by the operator to turn the vibrator motor 931*a* on or off. A check valve 980*d* serves to preclude possible damage to vibrator motor 931*a* where fluid supply from selector valve 980*c* is suddenly interrupted and inertial forces within the vibrator motor 931*a* and rotating mechanical elements must be dissipated. Check valve 980*d* allows hydraulic fluid to flow freely to vibrator motor 931*a* momentarily until vibrator motor 931*a* comes to a stop. Thus, in this example, hydraulic circuit 980 and the related components as described above provide vibration to a screed head, such as screed head 811 of apparatus 810 (FIG. 27).

For actuation of the lift cylinder 921, pressurized hydraulic fluid flows from pressure-compensated flow control valve 980*b* and/or selector valve 980*c* to supply a hydraulic cylinder circuit 985. Pressurized hydraulic fluid passes through a pressure-compensated flow control valve 985*b*, a selector valve 985*c*, and a relief valve 985*d* to operate lift cylinder 921. Selector valve 985*c* may be actuated by the operator to extend and retract hydraulic lift cylinder 921 (such as lift cylinder 321 as shown in FIGS. 18–20) to either raise or lower the screeding head (such as screeding head 311) as desired. Relief valve 985*d* limits the maximum pressure and therefore the maximum force available to the rod-end of lift cylinder 921. Excess pressure and hydraulic fluid from hydraulic circuit 985 may be diverted back to reservoir 996 by pressure-compensated flow control valve 985*b* as well as selector valve 985*c*. Thus, in this example, hydraulic circuit 985 and the related components as described provide a raise and lower or screed head lift function for the screeding apparatus of the present invention.

Residual hydraulic fluid pressure and flow from hydraulic circuits 975, 980, 985 serves to enable the function of the oscillation lock hydraulic circuit 990. Hydraulic fluid passes through a selector valve 990*a*, check valves with orifices 990*b* and 990*c*, and into a pair of oscillation lock cylinders 935. Whereas oscillation lock cylinders 935 (and cylinders 435 in FIG. 23) serve to control the pivoting or side to side roll action of a wheeled support, such as described previously with respect to wheeled support 317, about a pivot axis (such as pivot axis 317*j*), the operator may actuate selector valve 990*a* to respectively stop fluid flow between oscillation cylinders 935 or may allow a controlled fluid flow between oscillation cylinders 935 through check valves with orifices 990*b* and 990*c*. Thus, in this example, hydraulic circuit 990 and the related components as described provide a useful oscillation lock function for the screeding apparatus of the present invention.

The majority of hydraulic fluid returning to reservoir 996 from the above described hydraulic circuits may pass through a cooler 995 and a filter-diffuser 995*b*, as shown in hydraulic circuit 997 of FIG. 28. A cooler by-pass valve 995*a* may optionally be included in this example to provide an alternate path for hydraulic fluid to pass around the cooler 995, as may be necessary in the event of cold ambient working temperatures.

It may be understood that actuation of the above described selector valves may be accomplished and implemented through various means or options, such as, but not limited to, manual input or control by the operator, mechanical control through a machine linkage or like elements, electrical control by an electromechanical actuator, hydraulic control, or otherwise electronically controlled, without affecting the scope of this invention.

Although the screeding devices of the present invention are shown as having a vibrating beam or member for working or smoothing, compacting and/or consolidating the uncured concrete surface, other forms of concrete surface working devices or members or elements may be implemented, without affecting the scope of the present invention. For example, and with reference to FIGS. 29A–C, a concrete working or leveling or raking device 1010 may comprise a concrete surface working member or flotation roller 1020 and a grade setting member or plow or rake 1012 adjustably mounted at a forward side of roller 1020. Roller 1020 is supported on the uncured concrete and rolls over the uncured concrete surface in a first direction of travel indicated by arrow A in FIG. 29B, while rake 1012 may be adjusted relative to roller 1020 via an actuator 1018, as discussed below, to adjust the depth of cut of the rake or grade setting device 1012 to keep the flotation roller 1020 at the proper grade. Actuator 1018 may preferably be an electric linear actuator or the like, without affecting the scope of the present invention.

Concrete raking device 1010 includes a framework 1014, which further includes a handle portion 1014*a* extending from a generally central portion of rake 1012 for a user or raker to grasp and pull or guide raking device 1010 over and along the uncured concrete surface. Framework 1014 includes a pivot bar or connecting member 1014*b* which extends generally perpendicular to the direction of travel along and above rake 1012 and is pivotally connected to the opposite ends of rake 1012 creating a horizontal pivot axis 1014*h*. A pair of side frame members 1014*c* are rigidly or fixedly mounted at one end to the opposite ends of pivot bar 1014*b* and pivotally mounted at the other end to a central axle 1020*a* of roller 1020. Pivotal movement of pivot bar 1014*b* thus causes arcuate movement of roller 1020 relative to pivot bar 1014*b*, while roller 1020 may rotate or roll about its axis 1020*a*. Such arcuate movement of roller 1020 via pivotal movement of pivot bar 1014*b* results in a vertical adjustment of roller 1020 relative to rake 1012, as discussed below.

Pivot bar 1014*b* includes an actuator mounting bracket or lever 1014*d* extending upwardly from the central portion of pivot bar 1014*b* for pivotally mounting one end of actuator 1018 thereto. The other end of actuator 1018 is mounted to handle portion 1014, as best shown in FIGS. 29A and 29B. Actuation or extension/retraction of actuator 1018 causes pivotal movement or rotation of pivot bar 1014*b* via lever arm 1014*d*. Because pivot bar 1014*b* is pivotally mounted to rake 1012 and fixedly mounted to side frame members 1014*c*, pivotal movement of bar 1014*b* causes raising or lowering of flotation roller 1020 relative to rake 1012, which further causes rake 1012 to establish a lower grade or higher grade, respectively, relative to a fixed reference, such as a laser plane or the like. This allows an operator of raking device 1010 to allow the rake 1012 to rest partially upon the uncured concrete, since the roller 1020 will support the rake at the desired grade while the roller is supported on the concrete surface. The uncured concrete thus serves as an elevation or grade height reference for the screeding or raking device 1010.

Preferably, raking device 1010 includes a laser receiver 1022 mounted on a mast or rod 1026 extending upward from a pair of frame members 1014*e* extending from the ends of rake 1012 and a third frame member 1014*f* extending upward from handle portion 1014*a*. A fourth frame member 1014*g* may be added as shown in FIG. 29A to enhance the rigidity and stability of frame members 1014*e* and thus of mast 1026. Actuator 1018 is operable to automatically raise

and lower roller **1020** relative to rake **1012** in response to a signal from laser receiver **1022** via an electronic controller (not shown).

Therefore, raking device **1010** provides an automatic control system using a laser receiver and a flotation roller that partially supports the raking device **1010** on an uncured concrete surface which also serves as an elevation reference. During operation, as the raking device is manually drawn towards the user or raker via pulling on handle portion **1014**a in the direction indicated by arrow A in FIG. **29**B, laser receiver **1022** monitors the elevation of the cutting edge of rake **1012** and adjusts actuator **1018** and thus the level of flotation roller **1020** to keep the cutting edge at the desired grade. If the grade of the placed concrete is too high (such as one or two inches (25 mm to 50 mm) above the desired grade), the laser receiver will cause the roller **1020** to raise to a corresponding height above the raking edge **1012**, thus automatically lowering the grade setting member **1012**a desired amount. Additionally, a maximum height correction of the roller may be adjusted to control the maximum depth of cut per stroke that the rake **1012** may engage the concrete as it travels in direction A so as to maintain the raking device within the physical effort capabilities of the raker. In areas where excess material is present, each successive stroke may additionally remove more excess concrete from a given location until the desired grade height has been reached. When the draw stroke is completed in direction A, the raker need only push the raking device back outward over the uncured concrete in the opposite direction without lifting the raking device for another stroke, since as soon as the raking device is pushed by the raker, a rotation sensor or direction switch (not shown) attached to the flotation roller may serve to automatically lower the flotation roller **1020** and raise the grade setting device **1012**, so that the raking device will roll easily over the concrete surface opposite the direction indicated by arrow A.

Optionally, the raking device **1010** may include other concrete surface working devices or elements which are substantially equivalent to the function of the flotation roller **1020** in FIGS. **29**A–C, without affecting the scope of the present invention. For example, a raking device **1010**′ may include a floating pan **1020**′ (FIGS. **30**A–C), or a raking device **1010**″ may include a floating track **1020**″ (FIGS. **31**A–C). The floating pan **1020**′ of raking device **1010**′ may be dragged along and over the uncured concrete surface via a worker pulling at the handle **1014**a in the direction A (FIG. **30**B), while the rake or grade setting member **1012** is adjusted relative to pan **1020**′ to set or establish the desired grade. Similarly, with respect to raking device **1010**″, a worker may pull (in the direction A shown in FIG. **31**B) the raking device over the concrete surface (with both rollers of the floating roller track **1020**″ being generally freely rotating as the roller track is pulled or moved over the concrete surface), while the rake or grade setting member **1012** is adjusted relative to floating track **1020**″ to set or establish the desired grade. Alternately, one of the rollers of the floating track **1020**″ may be driven via a drive motor (not shown) to assist the operator in moving the raking device **1010**″ over the uncured concrete surface, without affecting the scope of the present invention. The raking devices **1010**′ and **1010**″ are otherwise substantially similar to the raking device **1010** discussed above, and are shown in FIGS. **30**A–C and **31**A–C with the same reference numbers for the other components, such that a detailed discussion of the raking devices and components will not be repeated herein.

Optionally, the raking device **1010** may include other concrete surface working devices, such as a vibrating beam

or member or a powered roller or the like (optionally, a powered roller may be rotated in a direction opposite of travel to finish the concrete surface), without affecting the scope of the present invention. It is further envisioned that an auger may be provided in front of the rake, to further cut and establish the desired grade of the concrete surface, without affecting the scope of the present invention.

The raking device of the present invention thus provides for reduced operator effort to rake placed concrete to a desired grade. The grade may then be set in response to a laser receiver and laser plane technology, so that the need to estimate the grade by visual inspection or looking at adjacent forms may be obviated. The raking device of the present invention provides for an initial grade setting process, whereby initially raking the placed concrete closer to the desired grade may reduce the efforts and improve the accuracy of subsequent concrete working processes.

Although many of the screeding devices of the present invention are each shown as having a vibrating beam or member which is vibrated in response to rotation of eccentric weights having their axes of rotation oriented generally vertically or generally normal to the plane of the surface of the vibrating beam which contacts the uncured concrete, other vibrational devices may be implemented without affecting the scope of the present invention. For example, it is envisioned that the axes of rotation may be vertical, horizontal, angled, or skewed, to provide vibration at least partially in the vertical direction or entirely in the horizontal direction as well. It is also envisioned that both the vibrating beam and the vibrating device may be angled from horizontal along the direction of travel of the screeding device. This would allow for some fore/aft vibration of the vibrating beam against the uncured concrete as the screeding device is moved along and supported on the uncured concrete surface. It is further envisioned that the vibrating member may be vibrated via any other vibrational device, such as at least one eccentric weight rotating about a generally horizontal axis along the vibrating member, or a pneumatic vibration device, or any other means for vibrating the member or beam, without affecting the scope of the present invention.

It is further envisioned that various devices may be implemented at the screed head of the screeding device of the present invention. For example, the screed head may include a vibrating beam, a plow or an auger or may include any combination of a vibrating beam, a plow and/or an auger for grading, leveling, smoothing and/or screeding the uncured concrete surface. Optionally, the screed head may include a leveling roller or a spinning tube, which may be rotatable to roll over the concrete surface to level and/or smooth the surface. Optionally, the leveling roller may be of the type disclosed in commonly assigned, U.S. patent application Ser. No. 10/166,507, filed Jun. 10, 2002 by Somero et al., entitled CONCRETE FINISHING APPARATUS, now U.S. Pat. No. 6,695,532 (Attorney Docket SOM01 P-320), which is hereby incorporated herein by reference.

Therefore, the present invention provides a lightweight, easily maneuverable screeding device which is operable to consolidate, smooth, level and/or screed uncured concrete, and is ideally suited for use on elevated deck surfaces. The screeding device of the present invention avoids the need for using metal stands or for manually creating wet screed pads in the uncured concrete in advance of the screeding operation, because the screed head essentially creates its own continuous wet screed pads as the screeding device is moved or pulled over the uncured concrete by an operator. The screeding device is easily movable, steered and/or pulled by an operator over the uncured concrete surface,

33

34

while the vibrating beam or member vibrates to smooth and compact the concrete at the surface as it is supported thereon. A strike-off plow or other grade setting device is positioned along a forward edge of the vibrating beam to establish or cut the grade of the uncured concrete to a desired grade or level. The weight of the screeding device at least partially rests upon the uncured concrete surface and may include no wheels with only an operator providing partial support, a single wheel, or preferably a pair of wheels, for at least partially supporting components of the screeding device and for enhancing mobility and maneuverability of the screeding device. Optionally, the wheels may be powered or driven to further enhance the mobility, maneuverability, work output, and usefulness of the screeding device.

Optionally, the level or elevation of the plow or grade setting device may be automatically adjusted in response to a laser plane using laser receivers or optionally a laser-guided 3-D reference system for vertically adjusting the grade setting device to the desired grade height. The screeding device may also or otherwise provide a visual indicator to the operator as to the current status of the grade. Optionally, the screeding device may include a concrete moving device, such as an auger or other means for engaging and moving excess uncured concrete to either or both sides or just ahead of the screeding device as the screeding device is moved through the uncured concrete. The concrete moving device may be implemented along a forward edge of a strike-off plow, which cuts or establishes the desired grade height, or may be implemented on a forward edge of the vibrating beam without a strike-off plow, whereby the concrete moving device is operable to cut or establish the desired grade height of the uncured concrete as the screeding device moves along and through the uncured concrete.

Changes and modifications in the specifically described embodiments may be carried out without departing from the principles of the present invention, which is intended to be limited only by the scope of the appended claims, as interpreted according to the principles of patent law.

The embodiments of the invention in which an exclusive property right or privilege is claimed are defined as follows:

1. A lightweight screeding device movable over a surface of uncured concrete in a direction of travel and operable and controllable by an operator not supported by said screeding device, said screeding device being operable to level and smooth the uncured concrete surface, said screeding device comprising:

    a concrete surface working member; and

    a grade setting device which is adjustably mounted to the concrete surface working member and generally vertically adjustable with respect thereto, said grade setting device extending at least partially along said concrete surface working member, said screeding device being at least partially supportable on the uncured concrete surface by said concrete surface working member, such that said concrete surface working member rests upon the uncured concrete surface and provides support for an end of said lightweight screeding device, said grade setting device being adjustable relative to said concrete surface working member to at least partially engage the uncured concrete surface in front of said concrete surface working member as said screeding device is moved in the direction of travel to at least one of establish and indicate a desired grade elevation for the uncured concrete surface.

2. The screeding device of claim 1, wherein the desired grade of said grade setting device is automatically adjustable in response to a laser leveling system.

3. The screeding device of claim 2, wherein said grade setting device is adjustable via at least one actuator, which is operable in response to a signal from a laser receiver mounted to said grade setting device.

4. The screeding device of claim 1 including at least one actuator for vertically adjusting said grade setting device relative to said concrete surface working member.

5. The screeding device or claim 1, wherein said grade setting device comprises an elongated member.

6. The screeding device of claim 5, wherein said elongated member comprises a strike-off plow which is adjustable relative to said concrete surface working member to establish the desired grade as said screeding device moves over the uncured concrete surface.

7. The screeding device of claim 5, wherein said elongated member includes a plurality of fingers or extensions extending downwardly therefrom which function to indicate the desired grade to an operator of said screeding device.

8. The screeding device of claim 1, wherein said concrete surface working member comprises a vibrating member.

9. The screeding device of claim 8 including a power source for vibrating said vibrating member and for actuating said at least one actuator.

10. The screeding device of claim 8 including a wheeled support frame, said vibrating member being mounted to said wheeled support frame.

11. The screeding device of claim 10, wherein said vibrating member is adjustably mounted to said wheeled support frame.

12. The screeding device of claim 11, wherein said vibrating member is adjustable relative to said wheeled support frame to adjust a height of said vibrating member relative to said wheeled support frame.

13. The screeding device of claim 11, wherein said vibrating member is adjustable relative to said wheeled support frame to adjust a pitch of said vibrating member relative to said wheeled support frame and relative to the concrete surface.

14. The screeding device of claim 10, wherein said wheeled support frame includes at least two wheels.

15. The screeding device of claim 14, wherein said at least two wheels are rotatably driven to move the screeding device over and through the uncured concrete surface.

16. The screeding device of claim 10 including an operator handle extending from a forward end of said wheeled support, said vibrating member being mounted to a rearward end of said wheeled support.

17. The screeding device of claim 16 including a power source for said vibrating member, said power source being positioned at said wheeled support.

18. The screeding device of claim 1, wherein said concrete surface working member comprises a roller.

19. The screeding device of claim 18, wherein said grade setting device comprises a raking member.

20. The screeding device of claim 1 including a concrete moving device operable to move excess concrete from in front of said grade setting device to at least one side of said screeding device as said screeding device is moved through the uncured concrete.

21. The screeding device of claim 20, wherein said concrete moving device comprises an auger which is rotatably driven to move excess concrete.

22. The screeding device of claim 20, wherein said concrete moving device comprises a flexible member having a plurality of paddles spaced therealong, said flexible member being movable to move said plurality of paddles along said grade setting device to move excess concrete from in front of said grade setting device.

35

36

23. The screeding device of claim 1, wherein said grade setting device comprises a concrete moving device which is operable to move excess concrete from in front of said concrete surface working member to at least one side of said screeding device as said screeding device is moved through the uncured concrete.

24. The screeding device of claim 23, wherein said concrete moving device comprises an auger which is rotarably driven to move excess concrete.

25. The screeding device of claim 23, wherein said concrete moving device comprises a flexible member having a plurality of peddles spaced therealong, said flexible member being movable to move said plurality of paddles along said grade setting device to move excess concrete from in front of said concrete surface working member.

26. A screeding device movable over a surface of uncured concrete in a direction of travel and operable and controllable by an operator not supported by said screeding device, said screeding device being operable to level and smooth the uncured concrete surface, said screeding device comprising:

a concrete surface working member; and

a grade setting device which is adjustably mounted to the concrete surface working member and generally vertically adjustable with respect thereto, said screeding device being at least partially supportable on the uncured concrete surface by said concrete surface working member, said grade setting device being adjustable relative to said concrete surface working member to at least partially engage the uncured concrete surface in front of said concrete surface working member to establish a desired grade elevation for the uncured concrete surface as said screeding device is moved over the uncured concrete surface in the direction of travel.

27. The screeding device of claim 26, wherein the desired grade of said grade setting device is automatically adjustable in response to a laser leveling system.

28. The screeding device of claim 27, wherein said grade setting device is adjustable via at least one actuator, which is operable in response to a signal from a laser receiver mounted to said grade setting device.

29. The screeding device of claim 26 including at least one actuator for vertically adjusting said grade setting device relative to said concrete surface working member.

30. The screeding device of claim 26, wherein said grade setting device comprises an elongated member which is adjustable relative to said concrete surface working member to at least partially engage the uncured concrete surface.

31. The screeding device of claim 30, wherein said elongated member comprises a strike-off plow which functions to establish the desired grade as said screeding device moves over the uncured concrete surface.

32. The screeding device of claim 30, wherein said elongated member includes a plurality of fingers or extensions extending downwardly therefrom which function to indicate the desired grade to an operator of said screeding device.

33. The screeding device of claim 26, wherein said grade setting device comprises a roller.

34. The screeding device of claim 26, wherein said concrete surface working member comprises a vibrating member.

35. The screeding device of claim 34 including a power source for vibrating said vibrating member and for actuating said at least one actuator.

36. The screeding device of claim 34 including a wheeled support frame, said vibrating member being mounted to said wheeled support frame.

37. The screeding device of claim 36, wherein said vibrating member is adjustably mounted to said wheeled support frame.

38. The screeding device of claim 37, wherein said vibrating member is adjustable relative to said wheeled support frame to adjust a height of said vibrating member relative to said wheeled support frame.

39. The screeding device of claim 37, wherein said vibrating member is adjustable relative to said wheeled support frame to adjust a pitch of said vibrating member relative to said wheeled support frame and relative to the concrete surface.

40. The screeding device of claim 36, wherein said wheeled support frame includes at least two wheels.

41. The screeding device of claim 40, wherein said at least two wheels are rotatably driven to move the screeding device over and through the uncured concrete surface.

42. The screeding device of claim 36 including an operator handle extending from a forward end of said wheeled support, said vibrating member being mourned to a rearward end of said wheeled support.

43. The screeding device of claim 42 including a power source for said vibrating member, said power source being positioned at said wheeled support.

44. The screeding device of claim 26, wherein said concrete surface working member comprises a roller.

45. The screeding device of claim 44, wherein said grade setting device comprises a raking member.

46. The screeding device of claim 26 including a concrete moving device operable to move excess concrete from in front of said grade setting device to at least one side of said screeding device as said screeding device is moved through the uncured concrete.

47. The screeding device of claim 46, wherein said concrete moving device comprises an auger which is rotarably driven to move excess concrete.

48. The screeding device of claim 46, wherein said concrete moving device comprises a flexible member having a plurality of paddles spaced therealong, said flexible member being movable to move said plurality of paddles along said grade setting device to move excess concrete from in front of said grade setting device.

49. The screeding device of claim 26, wherein said grade setting device comprises a concrete moving device which is operable to move excess concrete from in front of said concrete surface working member to at least one side of said screeding device as said screeding device is moved through the uncured concrete.

50. The screeding device of claim 49, wherein said concrete moving device comprises an auger which is rotatably driven to move excess concrete.

51. The screeding device of claim 49, wherein said concrete moving device comprises a flexible member having a plurality of paddles spaced therealong, said flexible member being movable to move said plurality of paddles along said grade setting device to move excess concrete from in front of said concrete surface working member.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,976,805 B2                     Page 1 of 1
APPLICATION NO. : 10/266305
DATED           : December 20, 2005
INVENTOR(S)    : Quenzi et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3
Line 25, "system.," should be --system.--

Column 5
Line 25, insert --,-- after "member"

Column 32
Line 52, insert --,-- after "application"
Line 54, "6,6695,532" should be --6,695,532--

Column 33
Claim 1, Line 45, "serceding" should be --screeding--

Column 34
Claim 5, Line 8, "or" should be --of--

Column 35
Claim 24, Line 9, "rotarably" should be --rotatably--
Claim 25, Line 12, "peddles" should be --paddles--

Column 36
Claim 42, Line 26, "mourned" should be --mounted--
Claim 47, Line 42, "rotarably" should be --rotatably--

Signed and Sealed this

Twenty-fourth Day of June, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*