IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-245-MOC-DCK

| | |
|---|---|
| SOMERO ENTERPRISES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| TOPP & SCREED S.A., and INDUSTRIAL FLOOR CONSULTING, INC., | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) filed by Seth L. Hudson, concerning David J. Thomas, on January 19, 2024. David J. Thomas seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 49) is **GRANTED**. David J. Thomas is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge