**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:23-cv-245-MOC**

| | | |
|---|---|---|
| **SOMERO ENTERPRISES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | <u>**ORDER**</u> |
| | ) | |
| | ) | |
| **TWINTEC, USA, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on Plaintiff's Motion for Voluntary Dismissal of this action, (Doc. No. 56), filed pursuant to FED. R. CIV. P. 41(a)(2). Defendants consent to the motion. (Doc. No. 57).

      The Court **GRANTS** the motion. (Doc. No. 56). This action is dismissed with prejudice. The Clerk is instructed to close this case.

      **IT IS SO ORDERED**.

      Signed:  November 18, 2024

Max O. Cogburn Jr.
United States District Judge

-1-